B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kimmel, Ronald C | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Torres, Linda |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8291 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8967 |
| Street Address of Debtor (No. and Street, City, and State):<br>7631 W. Belmont Ave.<br>Unit GN<br>Elmwood Park, IL           ZIP Code 60707 | Street Address of Joint Debtor (No. and Street, City, and State):<br>7725 Sunset Dr<br>Elmwood Park, IL           ZIP Code 60707 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11            of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13        ☐ Chapter 15 Petition for Recognition<br>                          of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>■ Debts are primarily consumer debts,       ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as                business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Kimmel, Ronald C<br><br>Torres, Linda |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  /s/ Joseph S. Davidson, Macey Bankruptcy Law    July 31, 2012<br>Signature of Attorney for Debtor(s)          (Date)<br>   Joseph S. Davidson, Macey Bankruptcy Law # 6301581</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Kimmel, Ronald C<br>Torres, Linda |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Ronald C Kimmel
Signature of Debtor  Ronald C Kimmel

X  /s/ Linda Torres
Signature of Joint Debtor Linda Torres

Telephone Number (If not represented by attorney)

July 31, 2012
Date

### Signature of Attorney*

X  /s/ Joseph S. Davidson, Macey Bankruptcy Law #
Signature of Attorney for Debtor(s)

Joseph S. Davidson, Macey Bankruptcy Law # 6301581
Printed Name of Attorney for Debtor(s)

Macey Bankruptcy Law, P.C.
Firm Name
Sears Tower
233 S. Wacker Suite 5150
Chicago, IL 60606

Address

(312) 467-0004  Fax: (312) 467-1832
Telephone Number

July 31, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Ronald C Kimmel            Case No. _____
      Linda Torres                           Chapter   7
                                   Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Ronald C Kimmel
                         Ronald C Kimmel

Date:    July 31, 2012

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Ronald C Kimmel
       Linda Torres

Case No. _____

Chapter   7

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

 ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Linda Torres
_____
 Linda Torres

Date:  July 31, 2012
_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     Ronald C Kimmel,                                     Case No. _____

               Linda Torres

                                          Debtors         Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 34,715.57 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 17,423.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 67 | | 428,642.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,227.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,212.67 |
| Total Number of Sheets of ALL Schedules | | 81 | | | |
| Total Assets | | | 34,715.57 | | |
| Total Liabilities | | | | 446,065.52 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    Ronald C Kimmel,
Linda Torres                                                    Case No. _____

_____,                     Chapter_____7_____
                                        Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,227.00 |
| Average Expenses (from Schedule J, Line 18) | 4,212.67 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,357.05 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 5,355.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 428,642.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 433,997.52 |

B6A (Official Form 6A) (12/07)

In re      Ronald C Kimmel,                                              Case No. _____
           Linda Torres
_____ ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    Ronald C Kimmel,                     Case No. _____

         Linda Torres

                            Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Chase | - | 96.87 |
| | | Checking account with Bank of America | W | 0.00 |
| | | Savings account with Chase Bank ending in 6717 | J | 0.00 |
| | | Savings account with Bank of America | W | 35.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous used household goods and furnishings | - | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal used clothing | - | 300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                       Sub-Total >        1,431.87

                                    (Total of this page)

\_\_3\_\_ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
                                                                          Case No. _____

                                            Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) through employer | - | 15,510.70 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2011 tax refund | - | 0.00 |
| | | Debtors owed $51.00 to the Internal Revenue Service | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        15,510.70
(Total of this page)

Sheet  1  of  3  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Ronald C Kimmel,                               Case No. _____
          Linda Torres

_____,
                             Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Dodge Stratus with 35,000 miles<br><br>Paid in full<br><br>Value according to Kelley Blue Book | J | 5,705.00 |
| | | 2010 Chrysler Sebring with 40,000 miles<br><br>Value according to Kelley Blue Book | J | 12,068.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >       17,773.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re   Ronald C Kimmel,                                          Case No. _____
         Linda Torres

                                                    Debtors            ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 34,715.57 |

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   Ronald C Kimmel,                                            Case No. _____
       Linda Torres
                                                              ,
                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with Chase | 735 ILCS 5/12-1001(b) | 96.87 | 96.87 |
| Savings account with Bank of America | 735 ILCS 5/12-1001(b) | 35.00 | 35.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous used household goods and furnishings | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| Personal used clothing | 735 ILCS 5/12-1001(a) | 300.00 | 300.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) through employer | 735 ILCS 5/12-1006 | 15,510.70 | 15,510.70 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Dodge Stratus with 35,000 miles | 735 ILCS 5/12-1001(c) | 4,800.00 | 5,705.00 |
| | 735 ILCS 5/12-1001(b) | 905.00 | |
| Paid in full | | | |

Value according to Kelley Blue Book

|  | | Total: | 22,647.57 | 22,647.57 |
|---|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re      Ronald C Kimmel,                                                    Case No. _____
           Linda Torres

_____,
                                                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1001 | | | Opened 10/01/11 Last Active  4/13/12 | | | | | |
| Exeter Finance Corp 222 Las Colinas Blvd W Irving, TX 75039 | | W | PMSI  2010 Chrysler Sebring with 40,000 miles  Value according to Kelley Blue Book | | | | | |
| | | | Value $              12,068.00 | | | | 17,423.00 | 5,355.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | | Subtotal (Total of this page) | 17,423.00 | 5,355.00 |
| | | Total (Report on Summary of Schedules) | 17,423.00 | 5,355.00 |

B6E (Official Form 6E) (4/10)

In re    Ronald C Kimmel,    Case No. _____
         Linda Torres
                                                                           ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    Ronald C Kimmel,                                                    Case No. _____
         Linda Torres
                                                                          ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxx5393<br><br>Advocate Illinois Masonic<br>22393 Network Place<br>Chicago, IL 60673 | | J | | | 08/31/2009<br>Medical services | | | | 27.73 |
| Account No. xxxx8291<br><br>Advocate Illinois Masonic<br>22393 Network Place<br>Chicago, IL 60673 | | J | | | 02/25/2008<br>Medical services | | | | 21.20 |
| Account No. xxxx8291<br><br>Advocate Illinois Masonic<br>22393 Network Place<br>Chicago, IL 60673 | | J | | | 01/25/2010<br>Medical services | | | | 28.40 |
| Account No. xxxx8291<br><br>Advocate Illinois Masonic Phys Grp<br>701 Lee St<br>Des Plaines, IL 60016 | | J | | | 02/25/2008<br>Medical services | | | | 160.40 |
| __66__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 237.73 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                            Case No. _____
         Linda Torres

                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxx8291<br><br>Advocate Illinois Masonic Phys Grp<br>701 Lee St<br>Des Plaines, IL 60016 | | J | | | 10/26/2009<br>Medical services | | | | 81.20 |
| Account No. xxxx8291<br><br>Advocate Medical Group<br>701 Lee St<br>Des Plaines, IL 60016 | | J | | | 07/26/10<br>Medical services | | | | 66.60 |
| Account No. xxxx8291<br><br>Advocate Medical Group<br>701 Lee St<br>Des Plaines, IL 60016 | | J | | | 01/24/2011<br>Medical services | | | | 7.59 |
| Account No. xxxxxx8291<br><br>Advocate Medical Group<br>21014 Network Place<br>Chicago, IL 60673 | | J | | | 05/06/2011<br>Medical services | | | | 555.00 |
| Account No. xxxx8291<br><br>AIMPG<br>701 Lee St.<br>Des Plaines, IL 60016 | | J | | | 01/28/08<br>Medical services | | | | 70.00 |

Sheet no. __1__ of _66__ sheets attached to Schedule of                    Subtotal          | 780.39
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,               Case No. _____
       Linda Torres

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx8291<br><br>AIMPG<br>701 Lee St.<br>Des Plaines, IL 60016 | | J | 01/28/08<br>Medical services | | | | 21.20 |
| Account No. xxxxx2872<br><br>Allied Interstate<br>3000 Corporate Exchange Dr<br>5th Floor<br>Columbus, OH 43231 | | J | 09/29/2008<br>Collection | | | | 113.89 |
| Account No. xxxxx2872<br><br>Allied Interstate<br>PO Box 5023<br>New York, NY 10163 | | J | 12/20/2008<br>Collection | | | | 113.89 |
| Account No. xxxx xxxx0640<br><br>American General Finance<br>PO Box 790368<br>Saint Louis, MO 63179 | | J | 11/29/2007<br>Collection | | | | 1,582.88 |
| Account No. xxxxxx6099<br><br>Armor Systems Co<br>1700 Kiefer Dr<br>Zion, IL 60099 | | W | 04/10/12<br>Collection - Swedish Covenant Hospital | | | | 616.80 |

Sheet no. __2___ of __66__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)      2,448.66

B6F (Official Form 6F) (12/07) - Cont.

In re  Ronald C Kimmel,                                          Case No. _____
       Linda Torres

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxx8875

Armor Systems Co
1700 Kiefer Dr
Zion, IL 60099 | | W | | | Opened  1/01/11
CollectionAttorney Franklin Park Police Departmen | | | | 200.00 |
| Account No. xxxxxx0418

Arnold Scott Harris P.C
600 W. Jackson Boulevard, Suite 720
Chicago, IL 60680-5625 | | J | | | 08/07/2007
Collection | | | | 180.00 |
| Account No. xxxx-xxxx-xxxx-0109

Asset Acceptance
PO Box 2036
Warren, MI 48090 | | J | | | 10/01/2006
Collection | | | | 1,988.35 |
| Account No. xxxx-xxxx-xxxx-0109

Asset Acceptance
PO Box 2036
Warren, MI 48090 | | J | | | 07/29/2004
Collection | | | | 1,864.47 |
| Account No. xx3354

Association for Womens Health
Po Box 20781
Springfield, IL 62708-0781 | | J | | | 02/10/12
Medical services | | | | 22.00 |

Sheet no. __3___ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,254.82

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx3354<br><br>Association for Womens Healthcare<br>PO Box 3597<br>Springfield, IL 62078 | | J | 2012<br>Medical services | | | | 81.60 |
| Account No. xxxxxx9961<br><br>AT&T Wireless<br>PO Box 8229<br>Aurora, IL 60572 | | J | 11/09/2004<br>Cellular/Paging | | | | 167.49 |
| Account No. xx4961<br><br>Athletic & Therapeutic Inst<br>790 Remington Blvd<br>Bolingbrook, IL 60440 | | J | 12/22/2009<br>Medical services | | | | 342.20 |
| Account No. xxxxxxxxxxxx6629<br><br>Besic Law Offices, P.C.<br>5 E. Wilson St.<br>Batavia, IL 60510 | | J | 03/01/2012<br>Collection | | | | 1,406.82 |
| Account No. xxx5765<br><br>Blatt, Hassenmiller, Leibsker<br>& Moore LLC<br>125 South Wacker Dr, Suite 400<br>Chicago, IL 60606 | | J | 05/10/12<br>Collection - LVNV Funding, LLC | | | | 574.93 |

Sheet no. __4__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,573.04

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx-xx161-0<br><br>Blitt and Gaines, P.C.<br>661 Glenn Avenue<br>Wheeling, IL 60090 | | J | 11/20/2007<br>Collection | | | | 1,518.14 |
| Account No. xxxxxxxxxxxx0120<br><br>Budzik & Dynia LLC<br>4849 N Milwaukee Ave<br>Suite 801<br>Chicago, IL 60630 | | J | 11/24/2010<br>Collection | | | | 425.88 |
| Account No. xxxxxxxxxxxx0120<br><br>Capital Management Services<br>726 Exchange Street - Suite 700<br>Buffalo, NY 14210 | | J | 12/30/2009<br>Collection | | | | 710.13 |
| Account No. xxxxxxxxxxxx0120<br><br>Capital Management Services<br>726 Exchange Street - Suite 700<br>Buffalo, NY 14210 | | J | 10/20/2009<br>Collection | | | | 690.66 |
| Account No. xxxxxxx24-78<br><br>CBCS<br>P.O. box 2334<br>Columbus, OH 43216 | | J | 08/03/2008<br>Collection | | | | 28.40 |

Sheet no. __5__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,373.21

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,   Case No. _____
         Linda Torres

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xx-xxxxx1179 | | | | 06/15/2005 Collection | | | | |
| CBCS PO Box 1615 Grand Rapids, MI 49501 | | | J | | | | | 85.07 |
| Account No. xxxxx9293 | | | | Opened  1/01/11 CollectionAttorney Comed Residential  R | | | | |
| Cbe Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | H | | | | | | 177.00 |
| Account No. xxxxxxxxxxx7603 | | | | 01/12/12 Collection- Dish Network | | | | |
| CBE Group 1309 Technology PKWY Cedar Falls, IA 50613 | | | J | | | | | 630.44 |
| Account No. xx-xxxx1460 | | | | 04/08/2009 Collection | | | | |
| CCA PO Box 806 Norwell, MA 02061-0806 | | | J | | | | | 366.20 |
| Account No. xx8381 | | | | 03/10/2005 Collection | | | | |
| Certified Services Inc PO Box 177 Waukegan, IL 60079 | | | J | | | | | 181.60 |

Sheet no. __6___ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,440.31

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                              Case No. _____
         Linda Torres
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xx1617<br><br>Certified Services, Inc.<br>PO Box 177<br>Waukegan, IL 60079 | | | J | | 01/18/12<br>Collection- NICL Laboratories | | | | 382.11 |
| Account No. xxxx8683<br><br>Children's Memorial Hospital<br>PO Box 4066<br>Carol Stream, IL 60197 | | | J | | 05/23/10<br>Medical services | | | | 25.35 |
| Account No. xxxx4470<br><br>Children's Memorial Hospital<br>PO Box 4066<br>Carol Stream, IL 60197 | | | J | | 08/10/2009<br>Medical services | | | | 34.00 |
| Account No. xxxxx-x0672<br><br>Children's Surgical Foundation<br>777 Oakmont Lane, Suite 1600<br>Westmont, IL 60559 | | | J | | 03/09/10<br>Medical services | | | | 23.60 |
| Account No. xxxx0133<br><br>Childrens Memorial Hospital<br>POBox 4066<br>Carol Stream, IL 60197 | | | J | | 10/19/2009<br>Medical services | | | | 92.31 |

Sheet no. __7__ of __66__ sheets attached to Schedule of                    Subtotal           557.37
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
                                                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx8683<br><br>Childrens Memorial Hospital<br>POBox 4066<br>Carol Stream, IL 60197 | | J | 01/17/2010<br>Medical services | | | | 112.13 |
| Account No. xxxx8683<br><br>Childrens Memorial Hospital<br>POBox 4066<br>Carol Stream, IL 60197 | | J | 12/30/2009<br>Medical services | | | | 340.00 |
| Account No. xxxxx-CURS<br><br>Childrens Surgical Foundation<br>35422 Eagle Way<br>Chicago, IL 60678 | | J | 12/09/2009<br>Medical services | | | | 71.40 |
| Account No. xx9592<br><br>CIMPAR, S.C.<br>1111 Superior St.<br>Melrose Park, IL 60160 | | J | 06/09/2009<br>Medical services | | | | 47.40 |
| Account No. xxxxxxxxxxxxxx9961<br><br>Cingular<br>PO Box 2667<br>Houston, TX 77252 | | J | 03/31/2005<br>Cellular/Paging | | | | 318.70 |

Sheet no. __8__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

889.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                                    Case No. _____
         Linda Torres

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx0663<br><br>City Ntl Bk/Ocwen Loan Service<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | | J | Opened  4/01/05<br>Deficiency on surrendered real estate | | | | 244,737.00 |
| Account No. xxxx0655<br><br>City Ntl Bk/Ocwen Loan Service<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | | J | Opened  4/13/05  Last Active 3/31/12<br>Residential real estate located at 7725 Sunset Dr, Elmwood Park IL 60707.<br>Mortgage: Aegis | | | | 61,839.00 |
| Account No. xxxxxx6660<br><br>City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | | J | 10/18/2007<br>Fines | | | | 590.00 |
| Account No. xxxxxx6660<br><br>City of Chicago Dept. of Revenue<br>PO Box 88292<br>Chicago, IL 60680 | | J | 11/29/2007<br>Judgment | | | | 180.00 |
| Account No. x1284<br><br>Clinical Cardiology Consultants<br>675 W. North Ave<br>Melrose Park, IL 60160 | | J | 09/15/2008<br>Medical services | | | | 21.60 |

Sheet no. __9__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        307,367.60

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,
        Linda Torres
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx3994<br><br>Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398 | | J | 06/01/2012<br>Cable TV | | | | 161.38 |
| Account No. xxxxxx7015<br><br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668 | | J | 08/05/10<br>Utilities | | | | 250.82 |
| Account No. xxxxx3022<br><br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668 | | J | 05/20/09<br>Utilities | | | | 128.92 |
| Account No. BTN<br><br>Comprehensive Clinical Services, PC<br>2340 S. Highland Ave, Suite 300<br>Lombard, IL 60148-5397 | | J | 01/03/12<br>Medical services | | | | 20.00 |
| Account No. xxxxxxx5337<br><br>Credit Collection Services<br>po box 55126<br>Boston, MA 02205 | | J | 06/27/2008<br>Collection | | | | 81.99 |

Sheet no. __10__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

643.11

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
_____,
                                          Case No. _____

                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Credit Management Services<br>9525 Sweet Valley Drive<br>Cleveland, OH 44125 | | J | 09/08/2006<br>Collection | | | | 116.80 |
| Account No. <br><br>Credit Management Services<br>9525 Sweet Valley Drive<br>Cleveland, OH 44125 | | J | 08/20/2008<br>Collection | | | | 153.00 |
| Account No. xx7700<br><br>DCP of Illinois<br>4730 W. Irving Park Blvd<br>Chicago, IL 60641 | | J | 05/26/2004<br>Medical services | | | | 162.00 |
| Account No. xxxxxxxx3230<br><br>Dependon Collection Se<br>Attn: Bankruptcy<br>Po Box 4833<br>Oak Brook, IL 60523 | | H | Opened 11/01/06<br>CollectionAttorney Ravenswood Medical Prof Group | | | | 117.00 |
| Account No. x1594<br><br>Dhana Lakshmi Ganesan MD<br>7239 W Grand Ave<br>Elmwood Park, IL 60707 | | J | 2011<br>Medical services | | | | 90.00 |

Sheet no. __11__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              638.80

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                                    Case No. _____
          Linda Torres

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. x4323<br><br>Dhana Lakshmi Ganesan MD SC<br>7239 W. Grand Ave.<br>Elmwood Park, IL 60707 | | J | | 09/30/11<br>Medical services | | | | 462.50 |
| Account No. x1594<br><br>Dhana Lakshmi Ganesan MD SC<br>7239 W. Grand Ave.<br>Elmwood Park, IL 60707 | | J | | 08/31/10<br>Medical services | | | | 50.00 |
| Account No. x4323<br><br>Dhana Lakshmi Ganesan MD SC<br>7239 W Grand Ave<br>Elmwood Park, IL 60707 | | J | | 2009<br>Medical services | | | | 1,409.10 |
| Account No. xxxx xx xxx xxx7603<br><br>Dish Network<br>PO Box 9033<br>Littleton, CO 80160 | | J | | 07/07/10<br>Cable TV | | | | 61.88 |
| Account No. xxxxxxxxxxxx7603<br><br>Dish Network<br>Dept 0063<br>Palatine, IL 60055 | | J | | 07/07/2010<br>Cable TV | | | | 244.34 |

Sheet no. __12__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,227.82

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                                      Case No. _____
          Linda Torres

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx8253<br><br>Diversified Consultants, Inc<br>PO Box 551268<br>Jacksonville, FL 32255 | | J | 10/18/2007<br>Collection | | | | 365.32 |
| Account No. x4828<br><br>Dragon Ivkovic MD<br>675 W North Ave<br>Suite 508<br>Melrose Park, IL 60160 | | J | 12/10/2009<br>Medical services | | | | 33.00 |
| Account No. x7305<br><br>Dragon Ivkovic MD<br>675 W North Ave<br>Suite 508<br>Melrose Park, IL 60160 | | J | 09/06/2008<br>Medical services | | | | 2.40 |
| Account No.<br><br>Edward Walsh DDS<br>8225 W Grand Ave<br>River Grove, IL 60171 | | J | 02/08/2006<br>Medical services | | | | 54.00 |
| Account No.<br><br>Edward Walsh DDS<br>8225 W Grand Ave<br>River Grove, IL 60171 | | J | 11/27/2004<br>Medical services | | | | 252.00 |

Sheet no. __13__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

706.72

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,
        Linda Torres
                                                              Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx1000 <br><br> Elmwood Park Im Healthcare Center <br> 2333 N. Harlem Ave <br> Elmwood Park, IL 60707 | | J | 12/06/2004 <br> Medical services | | | | 361.60 |
| Account No. xxxxxxxxxxx3941 <br><br> Enhanced Recovery Corporation <br> 8014 Bayberry Rd <br> Jacksonville, FL 32256 | | J | 03/07/2007 <br> Collection | | | | 936.29 |
| Account No. xx8376 <br><br> Enloe Drugs LLC <br> POBox 952011 <br> Saint Louis, MO 63195 | | J | 03/30/12 <br> Medical services | | | | 1,026.15 |
| Account No. xx8376 <br><br> Enloe Drugs, LLC <br> 796 N. Sunnyside Rd <br> Decatur, IL 62522 | | J | 04/30/2012 <br> Medical services | | | | 620.15 |
| Account No. xxxxx3379 <br><br> Feingold & Levy <br> 10 S. Lasalle <br> Chicago, IL 60603 | | J | 02/01/2005 <br> Collection | | | | 75.00 |

Sheet no. __14__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,019.19

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxx6330 <br><br> Ffcc-columbus Inc <br> 1550 Old Henderson Rd St <br> Columbus, OH 43220 | | W | | Opened 5/01/11 <br> CollectionAttorney Pedemonte  M.D. | | | | 221.00 |
| Account No. xxxx6062 <br><br> Ffcc-columbus Inc <br> 1550 Old Henderson Rd St <br> Columbus, OH 43220 | | W | | Opened 5/01/11 <br> CollectionAttorney Pedemonte  M.D. | | | | 122.00 |
| Account No. xxxx9472 <br><br> Ffcc-columbus Inc <br> 1550 Old Henderson Rd St <br> Columbus, OH 43220 | | W | | Opened 7/01/11 <br> CollectionAttorney Pedemonte  M.D. | | | | 100.00 |
| Account No. xxxx6953 <br><br> Ffcc-columbus Inc <br> 1550 Old Henderson Rd St <br> Columbus, OH 43220 | | W | | Opened 6/01/09 <br> CollectionAttorney Podiatry | | | | 71.00 |
| Account No. xxxx7784 <br><br> Ffcc-columbus Inc <br> 1550 Old Henderson Rd St <br> Columbus, OH 43220 | | W | | Opened 12/01/09 <br> CollectionAttorney Geller  M.D. | | | | 61.00 |

Sheet no. __15__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

575.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
　　　　Linda Torres

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx7102<br><br>Ffcc-columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH 43220 | | W | Opened 6/01/11<br>CollectionAttorney Moore Md | | | | 19.00 |
| Account No. xx7987<br><br>First Federal Credit Control<br>PO Box 20790<br>Columbus, OH 43220 | | J | 12/22/2009<br>Collection | | | | 61.20 |
| Account No. xx7987<br><br>First Federal Credit Control<br>PO Box 20790<br>Columbus, OH 43220 | | J | 07/13/2009<br>Collection | | | | 71.20 |
| Account No. xx5339<br><br>First Federal Credit Control<br>PO Box 20790<br>Columbus, OH 43220 | | J | 05/05/2011<br>Collection | | | | 342.95 |
| Account No. xxxx9792<br><br>First Revenue Assurance<br>PO Box 5818<br>Denver, CO 80217 | | J | 04/27/2010<br>Collection | | | | 68.16 |

Sheet no. __16__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

562.51

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,    Case No. _____
        Linda Torres
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5995 <br><br> Friedman & Wexler, LLC <br> 500 W. Madison, Suite 2910 <br> Chicago, IL 60661-2587 | | J | 09/26/2008 <br> Collection | | | | 75.20 |
| Account No. 4230 <br><br> GE Money <br> PO Box 981469 <br> El Paso, TX 79998-1469 | | J | 09/25/2008 <br> Credit card | | | | 615.00 |
| Account No. xxxxxxxxxxxx4230 <br><br> GEMB / HH Gregg <br> Attention:  Bankruptcy <br> Po Box 103104 <br> Roswell, GA 30076 | | W | Opened 11/01/06  Last Active  9/10/08 <br> ChargeAccount | | | | 3,521.00 |
| Account No. xxxxx9167 <br><br> Gottlieb Community Health Services <br> 701 W North Ave <br> Melrose Park, IL 60160 | | J | 11/10/2006 <br> Medical services | | | | 81.40 |
| Account No. xxxxx2089 <br><br> Gottlieb Memorial Hospital <br> PO Box 99400 <br> Louisville, KY 40269 | | J | 04/18/12 <br> Medical services | | | | 4,579.84 |

Sheet no. __17__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,872.44

B6F (Official Form 6F) (12/07) - Cont.

In re  Ronald C Kimmel,  Case No. _____
      Linda Torres

                                                 ,
                                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx8322<br><br>Gottlieb Memorial Hospital<br>701 W North Ave<br>Melrose Park, IL 60160 | | J | 05/18/10<br>Medical services | | | | 707.52 |
| Account No. xxx1368<br><br>Gottlieb Memorial Hospital<br>701 W North Ave<br>Melrose Park, IL 60160 | | J | 07/10/10<br>Medical services | | | | 37.00 |
| Account No. xxxxx9879<br><br>Gottlieb Memorial Hospital<br>701 W North Ave<br>Melrose Park, IL 60160 | | J | 10/31/10<br>Medical services | | | | 75.00 |
| Account No. xxxxx5691<br><br>Gottlieb Memorial Hospital<br>701 W North Ave<br>Melrose Park, IL 60160 | | J | 05/17/12<br>Medical services | | | | 45.00 |
| Account No. xxxxx0312<br><br>Gottlieb Memorial Hospital<br>701 W North Ave<br>Melrose Park, IL 60160 | | J | 08/08/2004<br>Medical services | | | | 12.35 |

Sheet no. __18__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

876.87

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
                                                ,

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxx5616 <br><br> Gottlieb Memorial Hospital <br> 701 W North Ave <br> Melrose Park, IL 60160 | | J | | 10/11/2007 <br> Medical services | | | | 13.94 |
| Account No. xxxxxx9167 <br><br> Gottlieb Memorial Hospital <br> 701 W North Ave <br> Melrose Park, IL 60160 | | J | | 01/25/2006 <br> Medical services | | | | 18.64 |
| Account No. xxxxxx6824 <br><br> Gottlieb Memorial Hospital <br> 701 W North Ave <br> Melrose Park, IL 60160 | | J | | 12/20/2007 <br> Medical services | | | | 21.20 |
| Account No. xxxxxx9167 <br><br> Gottlieb Memorial Hospital <br> 701 W North Ave <br> Melrose Park, IL 60160 | | J | | 09/07/2006 <br> Medical services | | | | 23.60 |
| Account No. x0430 <br><br> Gottlieb-MA, LLC <br> 3863 Paysphere Circle <br> Chicago, IL 60674 | | J | | 10/20/06 <br> Medical services | | | | 61.60 |

Sheet no. __19__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

138.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                                    Case No. _____
         Linda Torres

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. x2910 | | | | | 10/11/06 Medical services | | | | |
| Gottlieb-MA, LLC 3863 Paysphere Circle Chicago, IL 60674 | | | J | | | | | | 92.00 |
| Account No. xxxx3165 | | | | | 04/21/2009 Collection | | | | |
| Harris & Harris 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | J | | | | | | 51.83 |
| Account No. xxx5494 | | | | | 12/12/2007 Collection | | | | |
| Harvard Collections 4839 N Elston Ave Chicago, IL 60630 | | | J | | | | | | 374.46 |
| Account No. xxxx0284 | | | | | 12/14/2007 Collection | | | | |
| Harvard Collections 4839 N Elston Ave Chicago, IL 60630 | | | J | | | | | | 429.04 |
| Account No. xxxx5784 | | | | | 01/17/2011 Collection | | | | |
| Horizon Financial Management 8585 S. Broadway Ste 800 Merrillville, IN 46410 | | | J | | | | | | 616.60 |

Sheet no. __20__ of __66__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        1,563.93

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                    Case No. _____
         Linda Torres
_____ ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-6330 Household Credit Services PO Box 17051 Baltimore, MD 21297 | | J | | 04/08/2005 Credit card | | | | 296.68 |
| Account No. xxxxxxxxxxxx9813 Humboldt Park Emergency Service 903 Commerce Drive Suite 160 Oak Brook, IL 60523-8830 | | J | | 11/05/2008 Medical services | | | | 16.00 |
| Account No. xxxxxx7001 Ic Systems Inc Po Box 64378 St. Paul, MN 55164 | | W | | Opened  9/01/06 CollectionAttorney Joseph Leija Md | | | | 188.00 |
| Account No. xxxxxxx1001 Ic Systems Inc Po Box 64378 St. Paul, MN 55164 | | W | | Opened  2/01/08 CollectionAttorney Riaz Baber | | | | 159.00 |
| Account No. xxxxxxx2001 Ic Systems Inc Po Box 64378 St. Paul, MN 55164 | | W | | Opened  2/01/08 CollectionAttorney Riaz Baber | | | | 119.00 |

Sheet no. __21__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        778.68

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx0001<br><br>Ic Systems Inc<br>Po Box 64378<br>St. Paul, MN 55164 | | W | | Opened 10/01/06<br>CollectionAttorney Dr. Geller | | | | 49.00 |
| Account No. xxxx0593<br><br>Illinois Collection Se<br>Po Box 1010<br>Tinley Park, IL 60477 | | W | | Opened 1/01/12<br>CollectionAttorney Resurrection Medical Center | | | | 299.00 |
| Account No. xxxx7379<br><br>Illinois Collection Se<br>Po Box 1010<br>Tinley Park, IL 60477 | | W | | Opened 11/01/11<br>CollectionAttorney Resurrection Immediate Care Ce | | | | 90.00 |
| Account No. xxx4659<br><br>Illinois Collection Se<br>Po Box 1010<br>Tinley Park, IL 60477 | | W | | Opened 6/01/07<br>CollectionAttorney Midwest Neoped Associates Ltd | | | | 62.00 |
| Account No. xxxx9813<br><br>Illinois Collection Se<br>Po Box 1010<br>Tinley Park, IL 60477 | | W | | Opened 4/01/12<br>CollectionAttorney Uropartners D/B/A Midwest Urol | | | | 55.00 |

Sheet no. __22__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

555.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
                                                            Case No. _____
                                                    ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx0765<br><br>Illinois Collection Service<br>PO Box 1010<br>Tinley Park, IL 60477 | | J | 11/10/2010<br>Collection | | | | 20.40 |
| Account No. xxxx6600<br><br>Illinois Collection Service<br>PO Box 1010<br>Tinley Park, IL 60477 | | J | 12/12/2007<br>Collection | | | | 1,945.03 |
| Account No. xxxx5611<br><br>Illinois Collection Service<br>PO Box 1010<br>Tinley Park, IL 60477 | | J | 05/29/2012<br>Collection | | | | 269.10 |
| Account No. x0683<br><br>Illinois Orthopaedic and Hand<br>800 Biesterfield<br>Elk Grove Village, IL 60007 | | J | 05/13/10<br>Medical services | | | | 161.40 |
| Account No. xxxxxxx2920<br><br>Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532 | | J | 07/02/2008<br>Toll Violation | | | | 502.80 |

Sheet no. __23__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,898.73

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx3741 InStyle PO Box 60001 Tampa, FL 33660 | J | | | 05/20/2008 Credit card | | | | 29.77 |
| Account No. Joseph G. Leija, M.D. 675 W. North Ave Melrose Park, IL 60160 | J | | | 03/09/2006 Medical services | | | | 119.00 |
| Account No. x0129 Julie A. Moore, M.D. 675 W. North Ave Melrose Park, IL 60160 | J | | | 02/22/2007 Medical services | | | | 49.00 |
| Account No. x0129 Julie A. Moore, M.D. SC 675 W.  North Ave. Suite 506 Melrose Park, IL 60160 | J | | | 11/15/06 Medical services | | | | 32.60 |
| Account No. x6565 K.B. Giri MD 8319 W. North Ave. Melrose Park, IL 60160 | J | | | 12/17/11 Medical services | | | | 376.00 |

Sheet no. __24__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

606.37

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,          Case No. _____
         Linda Torres

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx000B<br><br>KCA Financial Services, Inc<br>628 North Street<br>PO Box 53<br>Geneva, IL 60134 | | J | | 02/10/2009<br>Collection | | | | 18.20 |
| Account No. xxx553D<br><br>KCA Financial Services, Inc<br>628 North Street<br>PO Box 53<br>Geneva, IL 60134 | | J | | 12/04/2008<br>Collection | | | | 56.00 |
| Account No. x6565<br><br>Kundan B Giri MD<br>8319 W North Ave<br>Melrose Park, IL 60160 | | J | | 02/23/2011<br>Medical services | | | | 106.60 |
| Account No. xxxx4555<br><br>Lake Forest ER<br>75 Remittance Dr<br>Suite 1951<br>Chicago, IL 60675 | | J | | 10/07/10<br>Medical services | | | | 16.60 |
| Account No. xxxx6310<br><br>Lake Forest Hospital<br>660 N. Westmoreland Rd<br>Lake Forest, IL 60045 | | J | | 07/21/2010<br>Medical services | | | | 1,063.00 |

Sheet no. __25__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,260.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,    Case No. _____
        Linda Torres

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx3124<br><br>Law Offices of Joel Cardis LLC<br>2006 Swede Rd<br>Suite 100<br>Norristown, PA 19401 | | J | 02/20/2009<br>Collection | | | | 121.13 |
| Account No. xxx2717<br><br>Law Offices of Joel Cardis LLC<br>2006 Swede Rd<br>Suite 100<br>Norristown, PA 19401 | | J | 02/26/2009<br>Collection | | | | 156.34 |
| Account No. xxxxxxxxxxxx6629<br><br>Lighthouse Fin Grp<br>c/o Darren L Besic<br>5 E. Wilson St.<br>Batavia, IL 60510 | | J | 11/05/10<br>Deficiency on Repossessed Vehicle | | | | 2,035.30 |
| Account No. xxxxxxx3141<br><br>Linebarger Goggan Blair & Sampson<br>P.O. Box 06140<br>Chicago, IL 60606-0140 | | J | 02/09/2005<br>Collection | | | | 50.00 |
| Account No. xx3001<br><br>Lou Harris Comapny<br>613 Academy Dr.<br>Northbrook, IL 60062 | | J | 01/11/2005<br>Collection | | | | 162.00 |

Sheet no. __26__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,524.77

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,
      Linda Torres

Case No. _____

                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xx6739<br><br>Lou Harris Company<br>1040 S Milwaukee Ave Suite 110<br>Wheeling, IL 60090 | | W | | Opened  5/01/11<br>CollectionAttorney Midwest Clinical Imaging - Rad | | | | 57.00 |
| Account No. xx5641<br><br>Lou Harris Company<br>1040 S Milwaukee Ave Suite 110<br>Wheeling, IL 60090 | | W | | Opened 10/01/06<br>CollectionAttorney Mimit | | | | 51.00 |
| Account No. xx7967<br><br>Lou Harris Company<br>1040 S Milwaukee Ave Suite 110<br>Wheeling, IL 60090 | | W | | Opened  7/01/11<br>CollectionAttorney Midwest Clinical Imaging - Rad | | | | 32.00 |
| Account No. xx2790<br><br>Lou Harris Company<br>1040 S Milwaukee Ave Suite 110<br>Wheeling, IL 60090 | | W | | Opened 12/01/11<br>CollectionAttorney Midwest Clinical Imaging - Rad | | | | 25.00 |
| Account No. xxx3467<br><br>Loyola University Medical Center<br>PO Box 6559<br>Carol Stream, IL 60197 | | J | | 10/01/2011<br>Medical services | | | | 16.60 |

Sheet no. __27__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

181.60

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
                                                                    Case No. _____
                                        _____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxx5668<br><br>Loyola University Medical Center<br>PO Box 95994<br>Chicago, IL 60697 | | | J | | 06/08/2009<br>Medical services | | | | 12.63 |
| Account No. xxxxxxxxxxxx4230<br><br>Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274 | | | W | | Opened  9/01/11<br>FactoringCompanyAccount Ge Money Bank Empire | | | | 2,000.00 |
| Account No. xxxxxxxxxxxx0120<br><br>Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274 | | | W | | Opened  8/01/08<br>FactoringCompanyAccount Ge Capital Sam S Club | | | | 564.00 |
| Account No. xxxx8291<br><br>Malcolm S. Gerald and Assoc.<br>332 S. Michigan Ave<br>Suite 600<br>Chicago, IL 60604 | | | J | | 08/05/2010<br>Medical services | | | | 141.40 |
| Account No. x4922<br><br>McKesson Corporation<br>19 Mollison Way<br>Lewiston, ME 04240-5805 | | | J | | 04/25/12<br>Medical services | | | | 22.00 |

Sheet no. __28__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,740.03

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxxx5437 | | | | 01 Village Of Harwood Heights Rs | | | | |
| Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | W | | | | | | 200.00 |
| Account No. xxxxxx7551 | | | | 09/21/10 Collection- RM Anesthesia | | | | |
| Medical Business Bureau 1175 Devin Dr. Ste 171 Muskegon, MI 49441 | | | J | | | | | 76.80 |
| Account No. xxx553D | | | | 04/06/2005 Medical services | | | | |
| Medical Imaging Professionals SC 9410 Compubill Drive Orland Park, IL 60462 | | | J | | | | | 18.80 |
| Account No. xxx6766 | | | | 09/08/2009 Medical services | | | | |
| Medical Recovery Services 2250 E. Devon, Ste. 352 Des Plaines, IL 60018 | | | J | | | | | 1,126.27 |
| Account No. xx-xxxxx2344 | | | | 01/30/2006 Collection | | | | |
| Merchants & Medical Credit Corp 6324 Taylor Drive Flint, MI 48507 | | | J | | | | | 226.54 |

Sheet no. __29__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,648.41

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                           Case No. _____
         Linda Torres
                                                              ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxxxx1531 | | | W | | Med1 02 Midwest Urology | | | | |
| Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | | | | | 394.00 |
| Account No. xxxxxx2344 | | | W | | Med1 02 Northwest Dental Ctr | | | | |
| Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | | | | | 226.00 |
| Account No. xx-xxxxx0176 | | | J | | 04/23/2008 Collection | | | | |
| Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | | | | | | | | 266.00 |
| Account No. xxx2680 | | | J | | 04/02/12 Medical services | | | | |
| Metro Center for Health 901 McClintock Dr Suite 202 Willowbrook, IL 60527 | | | | | | | | | 14.20 |
| Account No. xxxxxx1935 | | | H | | Opened 12/01/11 FactoringCompanyAccount T-Mobile | | | | |
| Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | | | | | 365.00 |

Sheet no. __30__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 1,265.20

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
                                                                    Case No. _____
                                                          ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxx4553 | | | | 05/26/09 Medical services | | | | |
| Midwest Clinical Imaging 2604 Momentum Place Chicago, IL 60689 | | | J | | | | | 25.80 |
| Account No. xxxxx-xxx2241 | | | | 03/06/2009 Medical services | | | | |
| Midwest Clinical Imaging PO Box 1248 Americus, GA 31709 | | | J | | | | | 9.00 |
| Account No. xxx2829 | | | | 03/06/2009 Medical services | | | | |
| Midwest Clinical Imaging Dept 4418 Carol Stream, IL 60122 | | | J | | | | | 6.80 |
| Account No. xxx3464 | | | | 03/06/2009 Medical services | | | | |
| Midwest Clinical Imaging Dept 4418 Carol Stream, IL 60122 | | | J | | | | | 10.00 |
| Account No. xxx4954 | | | | 10/30/2009 Medical services | | | | |
| Midwest Clinical Imaging Dept 4418 Carol Stream, IL 60122 | | | J | | | | | 10.00 |

Sheet no. __31__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61.60

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxx-xxx4443 | | | | | 11/28/2008 Medical services | | | | |
| Midwest Clinical Imaging Dept 4418 Carol Stream, IL 60122 | | | J | | | | | | 11.20 |
| Account No. xxxxxxxx4553 | | | | | 12/29/2009 Medical services | | | | |
| Midwest Clinical Imaging Dept 4418 Carol Stream, IL 60122 | | | J | | | | | | 36.20 |
| Account No. xxxxxxxx4553 | | | | | 02/23/2009 Medical services | | | | |
| Midwest Clinical Imaging Dept 4418 Carol Stream, IL 60122 | | | J | | | | | | 39.80 |
| Account No. xxxxxxxx4553 | | | | | 02/02/2011 Medical services | | | | |
| Midwest Clinical Imaging Dept 4418 Carol Stream, IL 60122 | | | J | | | | | | 57.40 |
| Account No. xx9796 | | | | | 05/01/07 Medical services | | | | |
| Midwest Neoped Associates Ltd PO Box 2686 Carol Stream, IL 60132 | | | J | | | | | | 62.00 |

Sheet no. __32__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

206.60

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,    Case No. _____
Linda Torres

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx9796 Midwest Neoped Associates Ltd PO Box 2686 Carol Stream, IL 60132 | | J | 09/01/2006 Medical services | | | | 525.00 |
| Account No. x4635 Midwest Urology Associates 675 W North Ave Suite 605 Melrose Park, IL 60160 | | J | 05/27/09 Medical services | | | | 20.00 |
| Account No. xx x1736 Mimit, PC Dept 4419 Carol Stream, IL 60122 | | J | 06/01/07 Medical services | | | | 8.40 |
| Account No. 6709 Mimit, PC PO Box 2368 Mount Vernon, IL 62864 | | J | 05/01/2005 Medical services | | | | 17.20 |
| Account No. xxxxxxx0165 Mira Med Revenue Group LLC Po Box 536 Linden, MI 48451 | | J | 12/29/2010 Collection | | | | 299.45 |

Sheet no. __33__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

870.05

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                    Case No. _____
         Linda Torres

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx2-001<br><br>MiraMed Revenue Group LLC<br>Dept 77304<br>Detroit, MI 48277 | | J | | 10/14/2009<br>Collection | | | | 55.33 |
| Account No. xxxxx3384<br><br>Monterey Financial Svc<br>Po Box 5199<br>Oceanside, CA 92052 | | W | | Opened 8/01/09 Last Active 7/15/10<br>Unsecured | | | | 348.80 |
| Account No. xxxxx7650<br><br>Municipal Recovery Services Inc.<br>PO Box 1101<br>Huntley, IL 60142 | | J | | 04/24/2009<br>Collection | | | | 60.00 |
| Account No. 701<br><br>Mutual Management Services<br>401 E. State Street<br>2nd Floor<br>Rockford, IL 61110 | | J | | 03/16/2005<br>Collection | | | | 135.00 |
| Account No. xxx7980<br><br>National Credit Adjusters<br>PO Box 3023<br>Hutchinson, KS 67504 | | J | | 05/29/09<br>Collection- Checkn'Go | | | | 894.50 |

| | | |
|---|---|---|
| Sheet no. __34__ of __66__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,493.63 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,                                          Case No. _____
        Linda Torres

                                                        ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxx5206 | W | | | Opened 6/01/09 CollectionAttorney Lumc - Physicians Billing | | | | |
| Nationwide Credit & Co 815 Commerce Dr. Suite 100 Oak Brook, IL 60523 | | | | | | | | 83.00 |
| Account No. xx6590 | J | | | 01/10/2005 Collection | | | | |
| NCO Financial System 507 Prudential Road Horsham, PA 19044 | | | | | | | | 1,061.16 |
| Account No. xxxxxx7807 | J | | | 07/03/2012 Collection | | | | |
| NCO Financial System 507 Prudential Road Horsham, PA 19044 | | | | | | | | 104.60 |
| Account No. xxxxxx1273 | J | | | 11/28/2008 Collection | | | | |
| NCO Financial System 507 Prudential Road Horsham, PA 19044 | | | | | | | | 2,500.84 |
| Account No. xx6590 | J | | | 11/06/2004 Collection | | | | |
| NCO Financial Systems PO Box 8148 Philadelphia, PA 19101 | | | | | | | | 1,036.62 |

Sheet no. __35__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,786.22

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxx6849<br><br>NCO Financial Systems, Inc.<br>605 W. Edison Rd., Ste. K<br>Mishawaka, IN 46545 | | J | | | 07/4/10<br>Collection- Children's Memorial Hosp | | | | 25.35 |
| Account No. xxxx5103<br><br>NCO Financial Systems, Inc.<br>605 W. Edison Rd., Ste. K<br>Mishawaka, IN 46545 | | J | | | 03/03/2010<br>Collection | | | | 19.82 |
| Account No. xxxxxx-xxx0681<br><br>NCO-TPA<br>PO Box 41846<br>Philadelphia, PA 19101 | | J | | | 04/15/2005<br>Collection | | | | 349.20 |
| Account No. xxxx-xxxx-xxxx-8722<br><br>Nelson, Watson & Associates LLC<br>80 Merrimack St<br>Lower Level<br>Haverhill, MA 01830 | | J | | | 09/11/2006<br>Collection | | | | 1,407.35 |
| Account No. xxxxxxxx9572<br><br>Nephrology Associates of N Illinois<br>P.O. Box 3369<br>Oak Park, IL 60303 | | J | | | 11/08/06<br>Medical services | | | | 20.40 |

Sheet no. __36__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,822.12

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                                    Case No. _____
         Linda Torres

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx2072<br><br>Nephrology Associates of N Illinois<br>P.O. Box 3369<br>Oak Park, IL 60303 | | J | 06/02/2005<br>Medical services | | | | 20.40 |
| Account No. x9572<br><br>Nephrology Associates of N Illinois<br>P.O. Box 3369<br>Oak Park, IL 60303 | | J | 07/07/2009<br>Medical services | | | | 40.40 |
| Account No. xxxxx6795<br><br>NICL Laboratories<br>306 Era Drive<br>Northbrook, IL 60062 | | J | 05/17/12<br>Medical services | | | | 6.00 |
| Account No. xxxxx8165<br><br>NICL Laboratories<br>306 Era Drive<br>Northbrook, IL 60062 | | J | 1/18/12<br>Medical services | | | | 170.31 |
| Account No. xxxxx9370<br><br>NICL Laboratories<br>306 Era Drive<br>Northbrook, IL 60062 | | J | 05/27/2010<br>Medical services | | | | 49.73 |

Sheet no. __37__ of __66__ sheets attached to Schedule of                    Subtotal          286.84
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,
        Linda Torres
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxx6571 | | | | 09/22/2011 Medical services | | | | |
| NICL Laboratories 306 Era Drive Northbrook, IL 60062 | | | J | | | | | |
| | | | | | | | | 164.31 |
| Account No. xxxxx2165 | | | | 09/01/2011 Medical services | | | | |
| NICL Laboratories 306 Era Drive Northbrook, IL 60062 | | | J | | | | | |
| | | | | | | | | 170.31 |
| Account No. xx-xx-xx-x268 7 | | | | 04/23/09 Utilities | | | | |
| Nicor Gas PO Box 310 Aurora, IL 60507 | | | J | | | | | |
| | | | | | | | | 4,011.50 |
| Account No. xx-xx-xx-x268 7 | | | | 07/24/2009 Utilities | | | | |
| Nicor Gas PO Box 0632 Aurora, IL 60507 | | | J | | | | | |
| | | | | | | | | 4,208.31 |
| Account No. xxx231A | | | | 01/06/2009 Medical services | | | | |
| NO IL Emerg & Occup Med Spec 33786 Treasury Center Chicago, IL 60694 | | | J | | | | | |
| | | | | | | | | 15.80 |

Sheet no. __38__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,570.23

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
      Linda Torres

Case No. _____

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx288A<br><br>NO IL Emerg & Occup Med Spec<br>33786 Treasury Center<br>Chicago, IL 60694 | | J | 12/07/2009<br>Medical services | | | | 16.60 |
| Account No. xxxxxx553E<br><br>NO IL Emerg & Occup Med Spec<br>33786 Treasury Center<br>Chicago, IL 60694 | | J | 03/01/2011<br>Medical services | | | | 31.00 |
| Account No. xxx000A<br><br>NO IL Emerg & Occup Med Spec<br>33786 Treasury Center<br>Chicago, IL 60694 | | J | 11/06/2006<br>Medical services | | | | 40.20 |
| Account No. xxxxxx768B<br><br>NO IL Emerg & Occup Med Spec<br>33786 Treasury Center<br>Chicago, IL 60694 | | J | 03/01/2011<br>Medical services | | | | 61.30 |
| Account No. xxx553A<br><br>NO IL Emerg & Occup Med Spec<br>33786 Treasury Center<br>Chicago, IL 60694 | | J | 01/06/2005<br>Medical services | | | | 183.40 |

Sheet no. __39__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

332.50

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. x6146　　　　North Suburban Gastoenterology　950 N. Northwest Hwy　Park Ridge, IL 60068 | | J | | 08/30/10　Medical services | | | | 23.20 |
| Account No. x6145　　　　North Suburban Gastroenterology　950 N. Northwest Hwy　Park Ridge, IL 60068 | | J | | 09/29/10　Medical services | | | | 79.00 |
| Account No. xxxxx5958　　　Northland Group　PO Box 390905　Edina, MN 55439 | | J | | 08/18/2010　Collection | | | | 1,995.30 |
| Account No. xxxxx0095　　　Northland Group　PO Box 390905　Edina, MN 55439 | | J | | 10/13/2011　Collection | | | | 948.56 |
| Account No. xxxxx4437　　　Northland Group　PO Box 390905　Edina, MN 55439 | | J | | 12/13/2006　Collection | | | | 661.14 |

Sheet no. __40__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,707.20

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
                                                                        Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxx2593 | | | | | Med1 02 Professional Services In Car | | | | |
| Northwest Collectors 3601 Algonquin Rd. Suite 232 Rolling Meadows, IL 60008 | | W | | | | | | | 600.00 |
| Account No. x9180 | | | | | 10/28/2004 Medical services | | | | |
| Northwest Metro Urology Assoc SC Slot 302152 PO Box 66973 Chicago, IL 60666 | | | J | | | | | | 27.00 |
| Account No. xxxx4555 | | | | | 11/17/2010 Medical services | | | | |
| Northwestern Lake Forest ER 75 Remittance Dr. Chicago, IL 60675 | | | J | | | | | | 16.60 |
| Account No. xxxx6310 | | | | | 07/13/10 Medical services | | | | |
| Northwestern Lake Forest Hospital 660 N Westmoreland Rd Lake Forest, IL 60045 | | | J | | | | | | 65.21 |
| Account No. xxxxxxxxxxx2-001 | | | | | 11/20/08 Medical services | | | | |
| Northwestern Memorial Hospital ATTN: Billing Department 251 E. Huron Chicago, IL 60611 | | | J | | | | | | 55.33 |

Sheet no. __41__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

764.14

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
Linda Torres
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx0456 Norwood Park F.P.D. 395 W. Lake St. Elmhurst, IL 60126 | | J | 12/26/2006 Medical services | | | | 644.00 |
| Account No. xx8376 Omnicare of Northern Illinois 2313 S Mount Prospect Des Plaines, IL 60018 | | J | 01/20/12 Medical services | | | | 916.15 |
| Account No. 355 One Grand Smile Family Dental Care 8368 Grand Ave River Grove, IL 60171 | | J | 08/30/07 Medical services | | | | 277.00 |
| Account No. xx0355 One Grand Smile Family Dental Care 8368 Grand Ave River Grove, IL 60171 | | J | 2009 Medical services | | | | 1,058.00 |
| Account No. x1472 Oral Cancer Prevention Int'l, Inc. 382 Route 59 Monsey, NY 10952 | | J | 08/30/2011 Medical services | | | | 115.00 |

Sheet no. __42__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,010.15

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,    Case No. _____
         Linda Torres
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. x3076<br><br>Orthopedic Specialists, S. C.<br>PO Box 2005<br>Carol Stream, IL 60132 | | J | | 12/04/2009<br>Medical services | | | | 42.80 |
| Account No. x5995<br><br>P J Amoroso MD<br>675 W North Ave<br>Melrose Park, IL 60160 | | J | | 01/10/2005<br>Medical services | | | | 75.20 |
| Account No. x2099<br><br>Panton Eye Center<br>7740 W. North Ave.<br>Elmwood Park, IL 60707 | | J | | 05/28/09<br>Medical services | | | | 34.20 |
| Account No. x8661<br><br>PCC Community Wellness<br>2010 N. Harlem Ave<br>Elmwood Park, IL 60707-3119 | | J | | 04/18/12<br>Medical services | | | | 30.00 |
| Account No. x8661<br><br>PCC Community Wellness<br>2010 N. Harlem Ave<br>Elmwood Park, IL 60707 | | J | | 04/28/2011<br>Medical services | | | | 40.00 |

Sheet no. __43__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

222.20

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                              Case No. _____
         Linda Torres

                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxx9072  Photo Enforcement Program PO box 5905 Carol Stream, IL 60197-5905 | | J | | 10/21/10 TIcket Fine | | | | 100.00 |
| Account No. 701  Physicians Immediate Care PO Box 15473 Loves Park, IL 61111 | | J | | 08/05/2004 Medical services | | | | 135.00 |
| Account No. xxx6759  Pinnacle Financial Gro 7825 Washington Ave S St Minneapolis, MN 55439 | | W | | Opened  3/01/12 CollectionAttorney T-Mobile | | | | 1,162.00 |
| Account No. xxxxxx84-10  Plaza Associates PO Box 18008 Hauppauge, NY 11788-8808 | | J | | 09/28/2007 Collection | | | | 468.15 |
| Account No. xxxxxx84-13  Plaza Associates PO Box 18008 Hauppauge, NY 11788-8808 | | J | | 11/09/2007 Collection | | | | 936.29 |

Sheet no. __44__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,801.44

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,            Case No. _____
         Linda Torres

_____ ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-6330<br><br>Portfolio Recovery Associates, LLC<br>PO BOX 12914<br>Norfolk, VA 23541 | | J | 02/07/2012<br>Collection | | | | 1,137.94 |
| Account No. xxxxx3369<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 04/23/10<br>Collection- Gottlieb Memorial Hosp | | | | 703.71 |
| Account No. xxxxx6820<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 04/23/10<br>Collection- Gottlieb Memorial Hosp | | | | 105.39 |
| Account No. xxxxx9376<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 04/23/10<br>Collection- Gottlieb Memorial Hosp | | | | 126.94 |
| Account No. xxxxx1847<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 04/23/10<br>Collection- Gottlieb Memorial Hosp | | | | 236.23 |

Sheet no. _45_ of _66_ sheets attached to Schedule of                              Subtotal           2,310.21
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx4253 | | | 04/23/10 Collection- Gottlieb Memorial Hosp | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | 54.04 |
| Account No. xxxxx4446 | | | 04/23/10 Collection- Gottlieb Memorial Hosp | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | 237.99 |
| Account No. xxxxx0280 | | | 04/23/10 Collection- Gottlieb Memorial Hosp | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | 231.80 |
| Account No. xxxxx7902 | | | 04/23/10 Collection- Gottlieb Memorial Hosp | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | 115.54 |
| Account No. xxxxx6705 | | | 04/23/10 Collection- Gottlieb Memorial Hosp | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | 229.31 |

Sheet no. __46__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

868.68

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,                                          Case No. _____
        Linda Torres

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxx1035 | | | | 04/23/10 Collection- Gottlieb Memorial Hosp | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | | 115.30 |
| Account No. xxxxx0821 | | | | 04/23/10 Collection- Gottlieb Memorial Hosp | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | | 412.96 |
| Account No. xxxxx0096 | | | | 10/19/11 Collection- Gottlieb Memorial Hosp | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | | 39.10 |
| Account No. xxxxx7421 | | | | 10/12/11 Medical services | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | | 60.15 |
| Account No. xxxxx2730 | | | | 10/12/11 Medical services | | | | |
| Powers & Moon LLC 707 Lake Cook Road Suite 309 Deerfield, IL 60015 | | J | | | | | | 225.59 |

Sheet no. __47__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

853.10

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,    Case No. _____
       Linda Torres

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0354<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 03/17/2010<br>Collection | | | | 119.91 |
| Account No. xxxxx1058<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 03/17/2010<br>Collection | | | | 105.96 |
| Account No. xxxxx4814<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 03/17/2010<br>Collection | | | | 178.37 |
| Account No. xxxxx4963<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 03/17/2010<br>Collection | | | | 143.90 |
| Account No. xxxxx1351<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 03/17/2010<br>Collection | | | | 242.08 |

Sheet no. __48__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    790.22

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                          Case No. _____
         Linda Torres
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx4008<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 03/17/2010<br>Collection | | | | 118.91 |
| Account No. xxxxx3650<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 01/05/2010<br>Collection | | | | 65.93 |
| Account No. xxxxx9284<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 04/02/2009<br>Collection | | | | 72.62 |
| Account No. xxxxx4683<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 03/04/2011<br>Collection | | | | 75.00 |
| Account No. xxxxx2514<br><br>Powers & Moon LLC<br>707 Lake Cook Road<br>Suite 309<br>Deerfield, IL 60015 | | J | 01/27/2011<br>Collection | | | | 100.00 |

Sheet no. _49_ of _66_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          432.46

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                              Case No. _____
         Linda Torres

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxx2798<br><br>Powers & Moon, LLC<br>707 Lake Cook Rd. Suite 102<br>Deerfield, IL 60015 | | J | | 02/13/12<br>Notice Only- Gottlieb Memorial Hospital | | | | 167.37 |
| Account No. x1326<br><br>PRA Recovery<br>1045 Route 109, Suite 105<br>Lindenhurst, NY 11757 | | J | | 08/22/10<br>Collection- Grand Medical Center | | | | 301.00 |
| Account No. xxxxx5738<br><br>Premier Credit Corporation<br>3501 Lake Eastbrook Blvd<br>Grand Rapids, MI 49546 | | J | | 03/07/2005<br>Collection | | | | 100.00 |
| Account No. xxx6518<br><br>Professional Account Management LLC<br>Collection Services Division<br>PO Box 391<br>Milwaukee, WI 53201 | | J | | 09/25/2006<br>Collection | | | | 235.19 |
| Account No. xxxxxx4732<br><br>Quest Diagnostics<br>PO Box 809403<br>Chicago, IL 60680-9403 | | J | | 03/13/2011<br>Medical services | | | | 3.65 |

Sheet no. _50_ of _66_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

807.21

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
_____,
                                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8865 <br><br> Quest Diagnostics <br> P.O. Box 64804 <br> Baltimore, MD 21264-4804 | | J | | 06/29/2006 <br> Medical services | | | | 4.80 |
| Account No. xxxxxx5144 <br><br> Quest Diagnostics <br> P.O. Box 64804 <br> Baltimore, MD 21264-4804 | | J | | 12/30/2004 <br> Medical services | | | | 58.60 |
| Account No. x6797 <br><br> Rainbow Pediatrics <br> 675 West North Avenue <br> Suite 203 <br> Melrose Park, IL 60160 | | J | | 06/20/2005 <br> Medical services | | | | 66.00 |
| Account No. x2840 <br><br> Rainbow Pediatrics <br> 675 West North Avenue <br> Suite 203 <br> Melrose Park, IL 60160 | | J | | 08/16/2004 <br> Medical services | | | | 12.80 |
| Account No. x3799 <br><br> Raul Villasuso MD <br> 675 W North Ave <br> Melrose Park, IL 60160 | | J | | 12/18/2007 <br> Medical services | | | | 21.20 |

Sheet no. __51__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

163.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. x3799<br><br>Raul Villasuso MD<br>675 W. North Ave<br>Melrose Park, IL 60160 | | J | | | 08/10/2006<br>Medical services | | | | 13.20 |
| Account No. xx2085<br><br>Ravenswood Medical Professional<br>1945 W. Wilson<br>Chicago, IL 60640 | | J | | | 01/05/2005<br>Medical services | | | | 1,188.65 |
| Account No. xx2085<br><br>Ravenswood Medical Professional Grp<br>1945 W Wilson<br>Chicago, IL 60640 | | J | | | 09/14/2006<br>Medical services | | | | 116.80 |
| Account No. xxxx7EW6<br><br>Red Light Violation<br>Village of Melrose Park<br>39841 Treasury Center<br>Chicago, IL 60694-9700 | | J | | | 11/21/11<br>TIcket Fine | | | | 200.00 |
| Account No. xx8946<br><br>Regulus Trugreen<br>PO Box 9001501<br>Louisville, KY 40290 | | J | | | 11/9/10<br>Collection | | | | 140.87 |

Sheet no. __52__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,659.52

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xx0907 <br><br> RES Immediate Care Norridge <br> PO Box 6670 <br> River Forest, IL 60305 | | J | | 09/23/2011 <br> Medical services | | | | 90.20 |
| Account No. xx0907 <br><br> RES Immediate Care Norridge <br> PO Box 6670 <br> River Forest, IL 60305 | | J | | 05/06/2011 <br> Medical services | | | | 52.40 |
| Account No. xx0907 <br><br> Ressurection Ambulatory Care Servic <br> PO Box 6670 <br> River Forest, IL 60305 | | J | | 10/08/10 <br> Medical services | | | | 25.80 |
| Account No. xxxxx7796 <br><br> Ressurection Health Care <br> 1225 W. Lake ST. <br> Melrose Park, IL 60160 | | J | | 09/10/07 <br> Medical services | | | | 1,945.03 |
| Account No. xxxxxxx0165 <br><br> Ressurection Medical Center <br> POBox 220281 <br> Chicago, IL 60622 | | J | | 11/01/10 <br> Medical services | | | | 100.00 |

Sheet no. __53__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,213.43

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxxxxx0165<br><br>Ressurection Medical Center<br>7435 W Talcott Ave<br>Chicago, IL 60631 | | | J | | 08/22/2010<br>Medical services | | | | 25.00 |
| Account No. xxxxx0419<br><br>Resurrection Healthcare<br>7435 W. Talcott<br>Chicago, IL 60622 | | | J | | 11/01/2004<br>Medical services | | | | 25.36 |
| Account No. xxxxxxx0125<br><br>Resurrection Medical Center<br>7435 W Talcott Ave<br>Chicago, IL 60631 | | | J | | 12/22/2004<br>Medical services | | | | 321.48 |
| Account No. xxxxxx0005<br><br>Revenue Production Management<br>P.O. Box 830913<br>Birmingham, AL 35283 | | | J | | 11/02/2004<br>Collection | | | | 75.00 |
| Account No. x8291<br><br>Riaz A. Baber, M.D., S.C.<br>PO Box 1446<br>Aurora, IL 60507-1446 | | | J | | 12/30/07<br>Medical services | | | | 119.50 |

Sheet no. __54__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

566.34

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,
        Linda Torres

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x6935<br><br>Riaz A. Baber, M.D., S.C.<br>PO Box 1446<br>Aurora, IL 60507-1446 | | J | 12/30/07<br>Medical services | | | | 159.50 |
| Account No. x8896<br><br>Riaz A. Baber, M.D., S.C.<br>PO Box 1446<br>Aurora, IL 60507-1446 | | J | 06/30/2010<br>Medical services | | | | 100.00 |
| Account No. xxM 462<br><br>RJM Pathology Consultants<br>34520 Eagle Way<br>Chicago, IL 60678 | | J | 09/22/2011<br>Collection | | | | 4.50 |
| Account No. xxM 462<br><br>RJM Pathology Consultants<br>34520 Eagle Way<br>Chicago, IL 60678 | | J | 03/30/2011<br>Medical services | | | | 8.10 |
| Account No. xxx x2594<br><br>RJM Pathology Consultants<br>34520 Eagle Way<br>Chicago, IL 60678 | | J | 07/24/2008<br>Medical services | | | | 9.00 |

Sheet no. __55__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

281.10

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,    Case No. _____
         Linda Torres

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxxx38-01<br><br>RJM Pathology Consultants<br>34520 Eagle Way<br>Chicago, IL 60678 | | J | 12/13/2004<br>Medical services | | | | 10.40 |
| Account No. xxxx-xxxxx06-02<br><br>RJM Pathology Consultants<br>34520 Eagle Way<br>Chicago, IL 60678 | | J | 10/30/2006<br>Medical services | | | | 10.60 |
| Account No. xxxx-xxxxx38-11<br><br>RJM Pathology Consultants<br>34520 Eagle Way<br>Chicago, IL 60678 | | J | 10/30/2006<br>Collection | | | | 22.20 |
| Account No. xxxx-xxxxx38-02<br><br>RJM Pathology Consultants<br>34520 Eagle Way<br>Chicago, IL 60678 | | J | 11/15/2004<br>Medical services | | | | 23.20 |
| Account No. xxM 462<br><br>RJM Pathology Consultants<br>34520 Eagle Way<br>Chicago, IL 60678 | | J | 04/21/2008<br>Medical services | | | | 546.00 |

Sheet no. __56__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

612.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,    Case No. _____
Linda Torres

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** x8855 | | | | 05/02/2005 Medical services | | | | |
| RLT Neurologic Assoc. Ltd. PO Box 87916 Carol Stream, IL 60188 | | J | | | | | | 71.20 |
| **Account No.** xxx-xxxx2333 | | | | 07/22/2010 Medical services | | | | |
| RM Anesthesia LLC PO Box 631 Lake Forest, IL 60045 | | J | | | | | | 76.80 |
| **Account No.** xxx-x-xxxxx8634 | | | | 07/20/10 Medical services | | | | |
| RMC Pathology Associates 520 E 22nd St Lombard, IL 60148 | | J | | | | | | 20.40 |
| **Account No.** xxx-x116-1 | | | | 06/11/2012 Collection | | | | |
| Robert R. Mucci Attorney at Law PO BOX 207 Bloomingdale, IL 60108 | | J | | | | | | 239.60 |
| **Account No.** xxxxxxxxxx2244 | | | | 01/13/2006 Phone | | | | |
| SBC PO Box 7951 Westbury, NY 11590 | | J | | | | | | 150.45 |

Sheet no. __57__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

558.45

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x1742 <br><br> Schiller Park Medical Clinic <br> 9651 W. Irving Park Rd <br> Schiller Park, IL 60176 | | J | 08/04/2004 <br> Medical services | | | | 20.40 |
| Account No. x0939 <br><br> Special Care Orthopedics <br> 675 W. North Ave <br> Suite 607 <br> Melrose Park, IL 60160 | | J | 05/08/12 <br> Medical services | | | | 10.00 |
| Account No. x1149 <br><br> Special Care Orthopedics <br> 675 W North Ave <br> Melrose Park, IL 60160 | | J | 03/03/2005 <br> Medical services | | | | 96.40 |
| Account No. xxxx3342 <br><br> State Collection Servi <br> Attn: Bankruptcy <br> 2509 S Stoughton Rd <br> Madison, WI 53716 | | W | Opened  7/01/11 <br> CollectionAttorney Northern Il Emer   Occ Med | | | | 61.00 |
| Account No. xxxx2908 <br><br> State Collection Servi <br> Attn: Bankruptcy <br> 2509 S Stoughton Rd <br> Madison, WI 53716 | | W | Opened  1/01/12 <br> CollectionAttorney Northern Il Emer   Occ Med | | | | 50.00 |

Sheet no. __58__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

237.80

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,                                    Case No. _____
        Linda Torres
_____,
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. x7701<br><br>Suburban Surgical Care Specialists<br>4885 Hoffman Blvd<br>Hoffman Estates, IL 60192 | | J | | | 02/12/2009<br>Medical services | | | | 35.00 |
| Account No. xx-xx9353<br><br>Superior Air Ground Amb Serv<br>PO Box 1407<br>Elmhurst, IL 60126 | | J | | | 10/30/06<br>Medical services | | | | 80.40 |
| Account No. xxxx5784<br><br>Swedish Covenant Hospital<br>5145 N California Ave<br>Chicago, IL 60625 | | J | | | 02/24/10<br>Medical services | | | | 587.24 |
| Account No. xxxxx8426<br><br>T Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274 | | J | | | 04/10/10<br>Cellular/Paging | | | | 195.29 |
| Account No. xxxxx8426<br><br>T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274 | | J | | | 03/10/2011<br>Cellular/Paging | | | | 495.51 |

Sheet no. __59__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        1,393.44

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,    Case No. _____
Linda Torres

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx1302<br><br>Taste of Home<br>PO Box 992<br>Greendale, WI 53129 | | J | | 08/23<br>Subscription | | | | 12.98 |
| Account No. xxxx7013<br><br>Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA 19154 | | J | | 05/28/09<br>Collection- Arrow Financial Services LLC | | | | 3,781.76 |
| Account No. xxxx7579<br><br>Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA 19154 | | J | | 01/18/2010<br>Collection | | | | 3,990.61 |
| Account No. xxxxxx8119<br><br>TCF Bank<br>P.O. Box 1022<br>Wixom, MI 48393-1022 | | J | | 09/14/10<br>Credit card | | | | 235.19 |
| Account No. 2819<br><br>TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60521 | | J | | 07/02/2010<br>Overdraft | | | | 281.72 |

Sheet no. __60__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,302.26

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                    Case No. _____
         Linda Torres

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xx-xxx9395<br><br>The Assocciation for WHC<br>POBox 3597<br>Springfield, IL 62708 | | J | | 01/07/08<br>Medical services | | | | 28.80 |
| Account No. xx-xxx9395<br><br>The Association For Women's Health<br>PO Box 20781<br>Springfield, IL 62708 | | J | | 07/13/2009<br>Medical services | | | | 11.60 |
| Account No. xx-xxx9395<br><br>The Association for Women's Health<br>PO Box 20781<br>Springfield, IL 62708 | | J | | Medical services | | | | 1,145.00 |
| Account No. xx-xxx9395<br><br>The Association for Womens Health<br>PO Box 20781<br>Springfield, IL 62708-0781 | | J | | 10/17/11<br>Medical services | | | | 74.80 |
| Account No. xxxxx2872<br><br>The Good Cook<br>PO Box 6400<br>Camp Hill, PA 17012 | | J | | 08/28/2008<br>Credit card | | | | 113.89 |

Sheet no. __61__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,374.09

B6F (Official Form 6F) (12/07) - Cont.

In re   Ronald C Kimmel,                                    Case No. _____
         Linda Torres
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx797-1 <br><br> Title Lenders, Inc. <br> 3243 N. Harlem <br> Chicago, IL 60634 | | J | | 06/16/2012 <br> Payday Loan | | | | 2,145.37 |
| Account No. xxx704-1 <br><br> Title Lenders, Inc. <br> 3243 N. Harlem <br> Chicago, IL 60634 | | J | | 06/01/2012 <br> Payday Loan | | | | 3,392.78 |
| Account No. xxxx8732 <br><br> Transwold Systems <br> PO Box 15520 <br> Wilmington, DE 19850 | | J | | 08/04/2010 <br> Collection | | | | 344.68 |
| Account No. xxxxx-xxxxxx9395 <br><br> Transworld Systems <br> 2235 Mercury Way <br> Suite 275 <br> Santa Rosa, CA 95407-5413 | | J | | 06/22/10 <br> Collection- Women's Health | | | | 169.60 |
| Account No. xxxxx-xxxxxx4961 <br><br> Transworld Systems <br> 2235 Mercury Way <br> Suite 275 <br> Santa Rosa, CA 95407-5413 | | J | | 03/09/2010 <br> Collection | | | | 342.20 |

Sheet no. _62_ of _66_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,394.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,                                          Case No. _____
         Linda Torres

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx5282<br><br>Transworld Systems<br>2235 Mercury Way<br>Suite 275<br>Santa Rosa, CA 95407-5413 | | J | 09/14/2011<br>Collection | | | | 101.40 |
| Account No. xxxxx-xxxxxx5900<br><br>Transworld Systems<br>2235 Mercury Way<br>Suite 275<br>Santa Rosa, CA 95407-5413 | | J | 09/12/2008<br>Collection | | | | 120.00 |
| Account No. xxxx8732<br><br>Transworld Systems<br>2235 Mercury Way<br>Suite 275<br>Santa Rosa, CA 95407-5413 | | J | 08/09/2010<br>Collection | | | | 231.01 |
| Account No. xxxxx-xxxxxx800A<br><br>Transworld Systems Inc<br>25 Northwest Point Blvd<br>#750<br>Elk Grove Village, IL 60007 | | J | 06/10/2005<br>Collection | | | | 25.60 |
| Account No. xxxxxxxxx5219<br><br>True Logic<br>PO Box 4437<br>Englewood, CO 80155 | | J | 02/25/2005<br>Collection | | | | 164.10 |

Sheet no. __63__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

642.11

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxxx0014 | | | | | 08/18/2009 Medical services | | | | |
| UHS of Hartgrove Inc 5730 W. Roosevelt Rd Chicago, IL 60644 | | | J | | | | | | 1,126.27 |
| Account No. xxx448-7 | | | | | 12/27/11 Medical services | | | | |
| United Credit Corporation 3201 N. Harlem Ave. Chicago, IL 60634 | | | J | | | | | | 266.26 |
| Account No. xxx4304 | | | | | 04/04/12 Medical services | | | | |
| URO Partners 3183 Paysphere Circle Chicago, IL 60674-0311 | | | J | | | | | | 250.00 |
| Account No. xxx4304 | | | | | 12/02/2011 Medical services | | | | |
| Uropartners LLC 3183 Paysphere Cir Chicago, IL 60674 | | | J | | | | | | 321.70 |
| Account No. xxxxx0-000 | | | | | 10/20/10 Utilities | | | | |
| Village of Elmwood Park 11 Conti Pkwy Elmwood Park, IL 60707 | | | J | | | | | | 891.88 |

Sheet no. _64_ of _66_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,856.11

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0-000 | | | 02/23/2011 Utilities | | | | |
| Village of Elmwood Park 11 Conti Pkwy Elmwood Park, IL 60707 | | J | | | | | 1,109.20 |
| Account No. xxxxx5-000 | | | 08/15/2008 Utilities | | | | |
| Village of Elmwod Park 11 Conti Pkwy Elmwood Park, IL 60707 | | J | | | | | 419.65 |
| Account No. xxxxxxxxxxxx2508 | | | 02/28/2011 Ticket Fine | | | | |
| Village of Harwood Heights | | J | | | | | 200.00 |
| Account No. xxx7759 | | | 04/28/2011 Medical services | | | | |
| Vista Medical Center West 99 Greenwood Ave Waukegan, IL 60087 | | J | | | | | 436.82 |
| Account No. x-x7875 | | | 01/25/10 Medical services | | | | |
| Walter A Pedemonte M.D. 2010 N. Harlem Ave. Elmwood Park, IL 60707 | | J | | | | | 169.00 |

Sheet no. __65__ of __66__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,334.67

B6F (Official Form 6F) (12/07) - Cont.

In re    Ronald C Kimmel,
         Linda Torres
                                                                    Case No. _____
_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x-x7875<br><br>Walter A Pedemonte M.D.<br>2010 N. Harlem<br>Elmwood Park, IL 60707 | | J | 06/08/2008<br>Medical services | | | | 35.50 |
| Account No.<br><br>Walter A Pedemonte MD<br>2010 N Harlem Ave<br>Elmwood Park, IL 60707 | | J | 2009<br>Medical services | | | | 3,331.17 |
| Account No.<br><br>Walter A Pedemonte MD<br>2010 N Harlem Ave<br>Elmwood Park, IL 60707 | | J | 11/17/2009<br>Medical services | | | | 536.95 |
| Account No. xxxxx7796<br><br>Westlake Hospital<br>PO Box 73545<br>Chicago, IL 60673 | | J | 11/09/2007<br>Medical services | | | | 1,945.03 |
| Account No.<br><br> | | | | | | | |

Sheet no. _66_ of _66_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            5,848.65

Total
(Report on Summary of Schedules)               428,642.52

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    Ronald C Kimmel,                               Case No. _____

           Linda Torres

_____,

                           Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re      Ronald C Kimmel,                                                    Case No. _____
           Linda Torres

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    Ronald C Kimmel
      Linda Torres
_____
           Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Separated | RELATIONSHIP(S):<br>Dependent<br>Dependent<br>Dependent | AGE(S):<br>15<br>16<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Technician | Customer Service |
| Name of Employer | Prairie Packaging, Inc. | UFCW Midwest Health Benefits |
| How long employed | 2 Years | 7 Years |
| Address of Employer | 1900 W. Field Ct.<br>Lake Forest, IL 60045 | 1300 Higgins Rd.<br>Suite 300<br>Park Ridge, IL 60068 |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 1,737.00 | $ | 3,893.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 1,737.00 | $ | 3,893.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 318.00 | $ | 471.00 |
|    b. Insurance | $ | 66.00 | $ | 185.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify)    See Detailed Income Attachment | $ | 90.00 | $ | 273.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 474.00 | $ | 929.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,263.00 | $ | 2,964.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,263.00 | $ | 2,964.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 4,227.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re    Ronald C Kimmel
Linda Torres                                                   Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| UDS1-401MTCHD | $ 52.00 | $ 0.00 |
| SAVG LOAN GEN | $ 38.00 | $ 0.00 |
| PLN D5 | $ 0.00 | $ 65.00 |
| MEDFSA | $ 0.00 | $ 208.00 |
| **Total Other Payroll Deductions** | $ 90.00 | $ 273.00 |

B6J (Official Form 6J) (12/07)

In re  Ronald C Kimmel
       Linda Torres
_____   Case No. _____
          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

■   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 895.00 |
|    a. Are real estate taxes included?   Yes ___   No _X_ | | |
|    b. Is property insurance included?   Yes ___   No _X_ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 75.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 0.00 |
|    d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 150.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 130.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 75.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other | $ | 0.00 |
|    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|    Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $   1,375.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,227.00 |
| b.   Average monthly expenses from Line 18 above | $ | 4,212.67 |
| c.   Monthly net income (a. minus b.) | $ | 14.33 |

B6J (Official Form 6J) (12/07)

In re  Ronald C Kimmel
       Linda Torres                                          Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

## (Spouse's Schedule)

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 800.00 |
| a. Are real estate taxes included?                Yes ___       No  X | | |
| b. Is property insurance included?                Yes ___       No  X | | |
| 2. Utilities:       a. Electricity and heating fuel | | $ 75.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 200.00 |
| d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 150.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 260.00 |
| 8. Transportation (not including car payments) | | $ 130.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 75.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| a. Auto | | $ 431.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   Babysitting/Childcare | | $ 650.00 |
| Other   Books/School Supplies/Tuition | | $ 66.67 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,837.67 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

_____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Ronald C Kimmel
    Linda Torres
                              Debtor(s)

Case No. _____

Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   83   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   July 31, 2012            Signature   /s/ Ronald C Kimmel
                                                    Ronald C Kimmel
                                                    Debtor

Date   July 31, 2012            Signature   /s/ Linda Torres
                                                      Linda Torres
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Ronald C Kimmel
       Linda Torres
                                               Debtor(s)

Case No.

Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| AMOUNT | SOURCE |
|---|---|
| $84,028.00 | 2010 Employment Income - Per Debtor's Income Tax Return |
| $88,406.00 | 2011 Employment Income - Per Debtor's Income Tax Return |
| $27,280.99 | 2012 Employment Income - Year-to-Date - Per Debtor's Pay Advices |
| $26,349.21 | 2012 Employment Income - Year-to-Date - Per Joint Debtor's Pay Advices |

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
| --- | --- | --- |

**3. Payments to creditors**

None
■
***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■
b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■
c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| U.S. Bank, N.A. v. Ronald Kimmel; Linda Torres 07 CH 36695 | Foreclosure | In the Circuit Court of Cook County, Illinois County Department - Chancery Division | Judgment |
| Lighthouse Financial Group v. Linda Torres 12 M1 113051 | Civil | In the Circuit Court of Cook County, Illinois First Municipal District | Judgment |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lighthouse Financial Group c/o Darren L. Besic 5 E. Wilson St. Batavia, IL 60510 | 11/5/11 | 2002 Dodge Caravan |

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Macey Bankruptcy Law, P.C.<br>Willis Tower<br>233 S. Wacker Dr., Suite 5150<br>Chicago, IL 60606 | 2012 | $1,375 Attorneys' Fees<br>$75 Service/Facilitation fees for products and services outlined below<br>$334 Reimbursable expenses for third-party products and services, which include: pre-filing credit counseling, post-filing debtor education, lien search title report for real estate, automated real estate property valuation, 3 source joint credit report, tax transcript report, automobile loan review, 2 automobile valuations, post-discharge dispute of consumer liability reports.<br>$306 Filing Fee |

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Best Case Bankruptcy

6

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

7

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                               DATE ISSUED

---

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
                                                       (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                         RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST                   PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                  TITLE                            NATURE AND PERCENTAGE
                                              OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                             ADDRESS                       DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                       DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                        DATE AND PURPOSE                   AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                     OR DESCRIPTION AND
                                                        VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  July 31, 2012                    Signature  /s/ Ronald C Kimmel
                                                   Ronald C Kimmel
                                                   Debtor

Date  July 31, 2012                    Signature  /s/ Linda Torres
                                                   Linda Torres
                                                   Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Ronald C Kimmel
         Linda Torres

                           Debtor(s)

Case No. _____

Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Exeter Finance Corp | **Describe Property Securing Debt:**<br>2010 Chrysler Sebring with 40,000 miles<br><br>Value according to Kelley Blue Book |

Property will be (check one):

    ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ☐ Claimed as Exempt              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   July 31, 2012 _____     Signature    /s/ Ronald C Kimmel _____
                                                    Ronald C Kimmel
                                                    Debtor

Date   July 31, 2012 _____     Signature    /s/ Linda Torres _____
                                                    Linda Torres
                                                    Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Ronald C Kimmel
      Linda Torres

                 Debtor(s)

Case No.

Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,375.00 |
| Prior to the filing of this statement I have received | $ | 1,375.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning as needed.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtor(s) in any adversary proceedings.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    July 31, 2012

/s/ Joseph S. Davidson, Macey Bankruptcy Law #
Joseph S. Davidson, Macey Bankruptcy Law # 6301581
Macey Bankruptcy Law, P.C.
Sears Tower
233 S. Wacker Suite 5150
Chicago, IL 60606
(312) 467-0004  Fax: (312) 467-1832

---

# LEGAL HELPERS - CHAPTER 7 CONTRACT
adba LEGAL HELPERS, PC / MACEY & ALEMAN LLP

| SECURED DEBTS | ESTIMATED ASSET VALUE | NON-DISCHARGEABLE |
|---|---|---|
| Mortgage Balance _245K_ | R.E. Value _____ | Taxes _____ |
| 2nd Mortgage _62K_ | P.P. Value _____ | Student Loans _____ |
| Car Balance _10K_ | **UNSECURED DEBTS** | Gov't Fines _____ |
| 2nd Car Balance _10K_ | _20 - 30K_ | Child Support _____ |
| Loans _____ | | NSF _____ |
| | | Other _____ |

| TOTAL SECURED $ | TOTAL UNSECURED $ | TOTAL NON-DISCH. $ |
|---|---|---|

**Chapter 7-Liquidation;** eliminate dischargeable unsecured debt (certain debts may not be dischargeable)

Today you paid us $ _100_ as your retainer on our total flat attorney fees of $ _1300_
You agree to pay your balance of $ _1200_ in _____ installments of $ _____ before _12/07_

**Chapter 7 filing fee**

Client will also provide $ **$299** (certified funds) payable to Legal Helpers for the filing fee and $ _384_ for the optional due diligence products as disclosed in the Agreement and Power of Attorney, incorporated into this document by reference. Client agrees that the filing fee and the optional due diligence fee are additional costs and are not included in the above-stated attorney fee. The attorney fee, due diligence and the filing fee must be paid in full before the case is filed. **RIGHTS & RESPONSIBILITIES:**
**I. PARTIES:** This agreement is entered into on the date shown below between Legal Helpers, (and not any individual attorney or agent of LH), a debt relief agency and law firm (hereinafter referred to as LH) and the person(s) assigned to the record number indicated below (hereinafter referred to as Client). Client has retained LH as attorneys to consult and advise Client regarding bankruptcy matters under Chapter 7 of the bankruptcy code. LH agrees to use its best efforts and abilities in representing Client in bankruptcy. Client acknowledges that client is not retaining LH to appear in any proceedings in state or federal court other than bankruptcy. **II. ATTORNEY FEES:** Client agrees to pay LH the flat fee, earned upon receipt, court costs, and optional due diligence products costs as disclosed herein and in the Agreement for basic services rendered as stated in Paragraph IV below. Client agrees to timely pay the fee and court costs prior to the filing of the petition. In the event Client has not paid all earned fees, LH may retain counsel to collect any unpaid, earned fee without further notice. Client will be additionally responsible for any reasonable collection costs including attorney fees and court costs, not less than $400. In the event Client wants to convert the case into a Chapter 13, Client acknowledges that there will be additional attorney fees for services provided to convert and there may be additional court costs. Conversion requires a new agreement and Client agrees that in the event of conversion from Chapter 7 to Chapter 13, any fees due under this agreement may be collected from the Chapter 13 trustee, but will not exceed the combined agreed fees under the two (2) agreements. Client agrees to reimburse LH for any reasonable costs and fees incurred by LH as a result of dishonored checks or dishonored ACH payments. LH will charge at least $25 for dishonored checks and/or ACH payments. Failure to pay attorney fees in a timely manner could cause LH in its sole discretion to close the Client file and terminate services (see Paragraph V). Client agrees that to reopen the case, LH must re-evaluate the case and may charge additional fees and may require the Client to provide additional information. **III. BASIC SERVICES:** LH agrees, in consideration for the fee established under paragraph II, to provide basic legal services in connection with your bankruptcy case. Basic services include, but are not limited to: taking creditor calls both pre and post-filing; pre-filing advice; advice during the case concerning the nature and effect of the applicable Chapter of the Bankruptcy Code; preparation and filing of the petition, schedules and statements; representation at the meeting of creditors; and other basic services. Other basic services include: Submitting information pursuant to requests from the trustee, and other regular and routine services not specifically stated. **IV. NON-BASIC SERVICES** (Additional Fees apply): Client agrees that LH may charge additional fees at its standard billable hour as detailed in Paragraph V for non-basic services. Non-basic services include, but are not limited to: Adversary proceedings filed under 11 U.S.C. §523 or §727 (minimum 4 hours of attorney time paid in advance before appearance is filed); motions to dismiss under §707(a) or (b); actions to enforce the automatic stay pursuant to §362(k); actions to enforce the discharge injunction pursuant to §524; Rule 2004 examinations; depositions; interrogatories; other discovery proceedings (other than initial §341 meetings); contested motions; amendments to creditor schedules ($150 + $26 filing fee); negotiation or signing of any reaffirmation agreements, or attending reaffirmation hearings, but does include advice to the debtor about the reaffirmation process absent a signed Attorney Declaration as contemplated pursuant to 11 U.S.C. §524; delays caused by Client including Client's failure to pay fees in a timely manner, failure to provide information, failure to return paperwork; continued 341 meetings ($150) if continued due to Client's failure to appear; redemption motions pursuant to §722; redemption and replacement loan review, motions, and related work ($600); and motions to avoid liens ($250 per motion). LH agrees to pursue any third parties who may be liable for payment of additional fees, but failure of LH to collect fees from a third party does not relieve Client of responsibility for payment. **V. TERMINATING SERVICES (Refund Policy):** If Client decides to discontinue LH's services at any time, Client must notify LH in writing. Client is only entitled to a refund of unearned fees in the event LH is terminated prior to the filing of a petition. Client agrees that LH will not refund the flat fee if LH has filed a case on Client's behalf and has attended the meeting of creditors even if the Case has not completed, unless retention of the entire flat fee would be unreasonable. If termination occurs prior to filing, LH shall provide an accounting of time and services and issue a refund check within a reasonable time (usually 30 days). LH's current hourly rate is $250 per hour for attorney time and $50 per hour for non-attorney time for purpose of determining the refund due. This hourly fee is subject to periodic review and increase to be commensurate with the fees charged by other attorneys of similar experience within the field. Client also agrees that LH's services will be considered terminated upon the following events: dismissal of the case or the closing of the case under Chapter 7; except in instances where Client seeks LH's services to enforce the permanent injunction (see Paragraph IV above). **VI. CLIENT'S OBLIGATIONS:** In addition to paying the Attorney Fees in a timely manner pursuant to Paragraph II, Client also agrees to carry out all of Client's obligations pursuant to §521 of the bankruptcy code; to provide any and all requested information to LH (see Checklist provided in the Client folder and incorporated by reference hereto, and the instructions on the back of this Contract); to make FULL DISCLOSURE of all of Client's assets, liabilities, and financial information regardless of Client's intentions; to notify LH of any change of address, email or phone number; to cooperate fully with any LH staff member. Client acknowledges that LH functions as a GROUP PRACTICE and that more than one attorney has responsibility for the case and that various attorneys may perform the different tasks associated with the case. LH makes no representations or guarantees about the extent of the services provided by the individual attorney the Client originally consulted. **VII. LIMITED POWER OF ATTORNEY:** Client agrees that the signature on this contract also grants a limited power of attorney to LH to: 1) obtain tax information from anyone with whom the Client has consulted regarding tax returns or preparation of the Internal Revenue Service, including but not limited to, copies of Client's tax returns and/or transcripts, and 2) obtain due diligence products including, but not limited to, real estate appraisals, title searches, asset searches, personal property valuations, and credit reports. **VIII. RETENTION AND DISPOSITION OF RECORDS:** It is LH's general policy to maintain files for five (5) years starting from the date the case is closed. LH encourages Client to keep and maintain copies of all bankruptcy related matters. LH reserves the right to destroy all contents of the file after the five (5) years. Client may request a copy of the file by sending a written request. LH reserves the right to charge a reasonable retrieval and duplication fee of at least $25. **IX. SIGNATURE AUTHORIZATION & COMMUNICATION:** Client's signature on this Contract shall be authorization for LH to file a bankruptcy petition for Client via the Bankruptcy Court's electronic filing system and all other subsequent filings through the Bankruptcy Court's electronic filing system. Client agrees that the preferred method of receiving documents from LH is via first class mail, but LH reserves the right to provide notices and contact Client via email if Client provides a valid email address. **X. RECEIPT OF MANDATORY NOTICE AND DISCLOSURE:** The Bankruptcy Abuse and Prevention and Consumer Protection Act of 2005 requires LH to provide mandatory notices/disclosures to Client. Signature on this contract shall be acknowledgement by Client that Client has received, read and understood the two (2) separate documents entitled "§527(a) Notice," and "Important Information About Bankruptcy Assistance Services from an Attorney or Bankruptcy Petition Preparer." **XI LAW CHANGES:** Client agrees that LH is not responsible and assumes no liability for changes in the law that could affect the advice LH gives Client. LH's advice is based on the current state of the law and could be subject to change at anytime. **XII. RESCISSIONS-** Client may only rescind a signed reaffirmation agreement by giving notice as detailed in the agreement within sixty (60) days of approval by the court or prior to discharge, whichever is later. Client should also notify L.H. in writing. **XIII. CO-COUNSEL:** Client authorizes LH to hire co-counsel or independent attorneys as needed, at LH's expense, to work on this matter and divide fees with them on the basis of work and responsibility. Client authorizes LH, at its discretion, to have attorneys within the firm, or outside counsel, review client's file to explore other potential causes of action client may have against creditors. **XIV. ENTIRE AGREEMENT:** The entire contract between the Parties is contained in this instrument, except as otherwise indicated. The parties agree to all of the terms and conditions set forth herein and acknowledge that they have read and understand this Agreement.

X _____ DATE _4/23/07_ RECORD # _____   LEGAL HELPERS, PC
    Debtor

X _____
    Joint Debtor

BY: _____
    (Attorney)

LEGAL HELPERS, P.C.
d/b/a LEGAL HELPERS LLP
AMERICA'S CONSUMER LAW FIRM

# LIMITED POWER OF ATTORNEY & AGREEMENT
## TO OBTAIN DOCUMENTS

**I. PURPOSE:** This Agreement is entered into between the below listed individuals, hereinafter referred to as "CLIENT" and Legal Helpers, hereinafter referred to as "LH." The purpose of this Agreement is to facilitate acquiring information needed to analyze Client's financial situation, to complete certain schedules and statements required pursuant to Title 11, United States Code, Section 101, et. al. and the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, perform an automobile loan review, and to dispute post-bankruptcy discharge credit reporting errors. This Agreement is governed by the terms herein and the terms contained in the attached Due Diligence Products Fee Disclosure and the Attorney-Client Contract, both of which are incorporated by reference and made a part of this Agreement.

**II. LIMITED POWER OF ATTORNEY:** I hereby grant to LH this Limited Power of Attorney for the limited purposes of obtaining and reviewing the information as described in the Due Diligence Products Fee Disclosure and to perform an Automobile Loan Review. I hereby further grant this Limited Power of Attorney for purposes of reviewing my credit report(s) post-filing and preparation of letters on my behalf either by LH or CIN Legal to dispute information on my credit reports. It is understood and agreed that LH shall obtain and use this information for the purposes of analyzing my financial situation in relation to filing for bankruptcy, for the purposes of saving me money on any financed vehicle I may have, or to dispute information reported to my credit reporting bureaus. This Limited Power of Attorney shall expire upon the latest of the following events: discharge, dismissal, completion of credit reporting disputes, or termination of services as provided in paragraph V of the Attorney-Client Contract. I also agree that my attorneys may provide my contact information to *722 Redemption Funding, Inc.* or *CIN Legal* and I authorize these companies to contact me directly in order to follow-up on the Automobile Loan Review or credit disputes, if necessary.

**III. CLIENT RESPONSIBILITIES:** I hereby expressly agree to complete the following 4 steps before LH orders due diligence products.

1) Sign the Consumer Request & Agreement for Consumer Liability Report (CLR) form;
2) Sign the IRS Form 4506-T;
3) Sign the Due Diligence Products Fee Disclosure; AND
4) Pay the required fees as disclosed in the Attorney-Client Contract and the Due Diligence Fee Disclosure.

**IV. LEGAL HELPERS RESPONSIBILITIES:** Once Client has completed the responsibilities under paragraph three (III) of this Agreement, LH shall obtain the products described in the Due Diligence Fee Disclosure on behalf of Client.

**V. ENTIRE AGREEMENT & SEVERABILITY:** The entire Agreement between the parties is contained in this instrument, except as otherwise indicated. In the event any portion of this Agreement is found by a court of competent jurisdiction to violate any state or federal law or regulation, that portion of the Agreement shall be deemed stricken and the remaining portion of the Agreement shall remain in force and effect. The parties agree to all of the portions of this Agreement as set forth herein and acknowledge that they have read and understand the Agreement.

Client _____   Date _____

Client _____   Record # _____

By: _____ (Attorney)

| Products | Legal Helpers/M&A Cost | Processing/ Handling Fee | Total Cost to Client |
|---|---|---|---|
| Single-filer with no real estate package includes:<br>1. Pre-filing credit counseling<br>2. Post-filing debtor education course<br>3. 3 Source Individual Credit Report*<br>4. Tax Transcript Report (up to 4 years)<br>5. Automobile Loan Review<br>6. Up to 2 Automobile Valuations<br>7. Post-Discharge Dispute(s) of Consumer Liability Reports | $124.00 | $150.00 | $274.00 |
| Single-filer with real estate package includes:<br>1. Pre-filing credit counseling<br>2. Post-filing debtor education course<br>3. Lien Search Title Report for real estate<br>4. Automated Real Estate Property Valuation<br>5. 3 Source Individual Credit Report*<br>6. Tax Transcript Report (up to 4 years)<br>7. Automobile Loan Review<br>8. Up to 2 Automobile Valuations<br>9. Post-Discharge Dispute(s) of Consumer Liability Reports | $204.00 | $150.00 | $354.00 |
| Joint filer with no real estate package includes:<br>1. Pre-filing credit counseling<br>2. Post-filing debtor education course<br>3. 3 Source Joint Credit Report*<br>4. Tax Transcript Report (up to 4 years)<br>5. Automobile Loan Review<br>6. Up to 2 Automobile Valuations<br>7. Post-Discharge Dispute(s) of Consumer Liability Reports | $144.00 | $150.00 | $294.00 |
| Joint filer with real estate package includes:<br>1. Pre-filing credit counseling<br>2. Post-filing debtor education course<br>3. Lien Search Title Report for real estate<br>4. Automated Real Estate Property Valuation<br>5. 3 Source Joint Credit Report*<br>6. Tax Transcript Report (up to 4 years)<br>7. Automobile Loan Review<br>8. Up to 2 Automobile Valuations<br>9. Post-Discharge Dispute(s) of Consumer Liability Reports | $234.00 | $150.00 | $384.00 |

| Additional Services Not Included in Packages | | | |
|---|---|---|---|
| Legal Vesting Title Report for real estate | $20.00 | $10.00 | $35.00 |
| Broker Price Opinion for real estate** | $85.00 | $15.00 | $100.00 |

*Credit Reports: Warning: On June 4, 2004, a new federal law went into effect that prevents credit reporting bureaus from listing the names of medical providers on credit reports. Thus, if you are expecting to get a credit report to obtain the names of any medical providers, it won't work! The credit reporting bureau will list a collection agent. But, you will have to contact the collection agent directly to get the provider's information. Legal Helpers/Macey and Aleman will not be responsible for any omission of such creditors or the costs involved in adding creditors or amending a bankruptcy as a result of this new legislation. **Broker Price Opinions: Broker price opinions are obtained by a real estate professional familiar with the real estate market where your property(s) exist(s). They may or may not need to perform a physical inspection of the property(s). Broker price opinions are not included in package pricing and are available on an as needed basis to keep your costs as low as possible. The extra cost should this service be needed is disclosed.

DISCLAIMER OF WARRANTIES: YOU EXPRESSLY UNDERSTAND AND AGREE THAT: ANY INFORMATION OBTAINED ON YOUR BEHALF IS AT YOUR SOLE RISK. ALL INFORMATION OBTAINED ON YOUR BEHALF IS PROVIDED SOLELY ON AN "AS-IS/AS-AVAILABLE" BASIS. TO THE EXTENT PERMITTED BY APPLICABLE LAW, LEGAL HELPERS EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR USE AND NON-INFRINGEMENT.

WITHOUT LIMITING THE ABOVE PARAGRAPH, LEGAL HELPERS MAKES NO REPRESENTATION OR WARRANTY THAT (i) THE CONTENT AND SERVICE OBTAINED WILL MEET YOUR REQUIREMENTS, (ii) THE RESULTS THAT MAY BE OBTAINED FROM THE INFORMATION PROVIDED WILL BE ACCURATE OR RELIABLE, OR (iii) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH LEGAL HELPERS IS ACCURATE OR WILL MEET YOUR EXPECTATIONS. LEGAL HELPERS DOES NOT GUARANTY THE ACCURACY OR COMPLETENESS OF ANY INFORMATION OBTAINED. NO WRITTEN OR ORAL INFORMATION OBTAINED BY YOU FROM US OR THROUGH US SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED HEREIN.

I, _____ and _____, do hereby acknowledge that all costs and fees associated with Legal Helpers obtaining the above described products on my behalf have been disclosed to me. I further expressly agree to the Disclaimer of Warranties.

Signed _____    Date: _____    Signed _____

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Ronald C Kimmel
      Linda Torres                                  Case No. _____

                                        Debtor(s)            Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Ronald C Kimmel | X  /s/ Ronald C Kimmel | July 31, 2012 |
|---|---|---|
| Linda Torres | | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X  /s/ Linda Torres | July 31, 2012 |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Ronald C Kimmel
     Linda Torres

                         Debtor(s)

Case No. _____

Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 213

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   July 31, 2012              /s/ Ronald C Kimmel
                                   Ronald C Kimmel
                                   Signature of Debtor

Date:   July 31, 2012              /s/ Linda Torres
                                   Linda Torres
                                   Signature of Debtor

Advocate Illinois Masonic
22393 Network Place
Chicago, IL 60673


Advocate Illinois Masonic Phys Grp
701 Lee St
Des Plaines, IL 60016


Advocate Medical Group
701 Lee St
Des Plaines, IL 60016


Advocate Medical Group
21014 Network Place
Chicago, IL 60673


AIMPG
701 Lee St.
Des Plaines, IL 60016


Allied Interstate
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231


Allied Interstate
PO Box 5023
New York, NY 10163


American General Finance
PO Box 790368
Saint Louis, MO 63179


Armor Systems Co
1700 Kiefer Dr
Zion, IL 60099


Arnold Scott Harris P.C
600 W. Jackson Boulevard, Suite 720
Chicago, IL 60680-5625


Asset Acceptance
PO Box 2036
Warren, MI 48090

Association for Womens Health
Po Box 20781
Springfield, IL 62708-0781

Association for Womens Healthcare
PO Box 3597
Springfield, IL 62078

AT&T Wireless
PO Box 8229
Aurora, IL 60572

Athletic & Therapeutic Inst
790 Remington Blvd
Bolingbrook, IL 60440

Besic Law Offices, P.C.
5 E. Wilson St.
Batavia, IL 60510

Blatt, Hassenmiller, Leibsker
& Moore LLC
125 South Wacker Dr, Suite 400
Chicago, IL 60606

Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

Budzik & Dynia LLC
4849 N Milwaukee Ave
Suite 801
Chicago, IL 60630

Capital Management Services
726 Exchange Street - Suite 700
Buffalo, NY 14210

CBCS
P.O. box 2334
Columbus, OH 43216

CBCS
PO Box 1615
Grand Rapids, MI 49501

Cbe Group
1309 Technology Pkwy
Cedar Falls, IA 50613


CCA
PO Box 806
Norwell, MA 02061-0806


Certified Services Inc
PO Box 177
Waukegan, IL 60079


Certified Services, Inc.
PO Box 177
Waukegan, IL 60079


Children's Memorial Hospital
PO Box 4066
Carol Stream, IL 60197


Children's Surgical Foundation
777 Oakmont Lane, Suite 1600
Westmont, IL 60559


Childrens Memorial Hospital
POBox 4066
Carol Stream, IL 60197


Childrens Surgical Foundation
35422 Eagle Way
Chicago, IL 60678


CIMPAR, S.C.
1111 Superior St.
Melrose Park, IL 60160


Cingular
PO Box 2667
Houston, TX 77252


City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416

City of Chicago
Department of Revenue
PO Box 88292
Chicago, IL 60680-1292


City of Chicago Dept. of Revenue
PO Box 88292
Chicago, IL 60680


Clinical Cardiology Consultants
675 W. North Ave
Melrose Park, IL 60160


Comcast Cable
PO Box 3002
Southeastern, PA 19398


ComEd
Bill Payment Center
Chicago, IL 60668


Comprehensive Clinical Services, PC
2340 S. Highland Ave, Suite 300
Lombard, IL 60148-5397


Credit Collection Services
po box 55126
Boston, MA 02205


Credit Management Services
9525 Sweet Valley Drive
Cleveland, OH 44125


DCP of Illinois
4730 W. Irving Park Blvd
Chicago, IL 60641


Dependon Collection Se
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60523


Dhana Lakshmi Ganesan MD
7239 W Grand Ave
Elmwood Park, IL 60707

Dhana Lakshmi Ganesan MD SC
7239 W. Grand Ave.
Elmwood Park, IL 60707


Dhana Lakshmi Ganesan MD SC
7239 W Grand Ave
Elmwood Park, IL 60707


Dish Network
PO Box 9033
Littleton, CO 80160


Dish Network
Dept 0063
Palatine, IL 60055


Diversified Consultants, Inc
PO Box 551268
Jacksonville, FL 32255


Dragon Ivkovic MD
675 W North Ave
Suite 508
Melrose Park, IL 60160


Edward Walsh DDS
8225 W Grand Ave
River Grove, IL 60171


Elmwood Park Im Healthcare Center
2333 N. Harlem Ave
Elmwood Park, IL 60707


Enhanced Recovery Corporation
8014 Bayberry Rd
Jacksonville, FL 32256


Enloe Drugs LLC
POBox 952011
Saint Louis, MO 63195


Enloe Drugs, LLC
796 N. Sunnyside Rd
Decatur, IL 62522

Exeter Finance Corp
222 Las Colinas Blvd W
Irving, TX 75039

Feingold & Levy
10 S. Lasalle
Chicago, IL 60603

Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220

First Federal Credit Control
PO Box 20790
Columbus, OH 43220

First Revenue Assurance
PO Box 5818
Denver, CO 80217

Friedman & Wexler, LLC
500 W. Madison, Suite 2910
Chicago, IL 60661-2587

GE Money
PO Box 981469
El Paso, TX 79998-1469

GEMB / HH Gregg
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gottlieb Community Health Services
701 W North Ave
Melrose Park, IL 60160

Gottlieb Memorial Hospital
PO Box 99400
Louisville, KY 40269

Gottlieb Memorial Hospital
701 W North Ave
Melrose Park, IL 60160

Gottlieb-MA, LLC
3863 Paysphere Circle
Chicago, IL 60674

Harris & Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654

Harvard Collections
4839 N Elston Ave
Chicago, IL 60630

Horizon Financial Management
8585 S. Broadway Ste 800
Merrillville, IN 46410

Household Credit Services
PO Box 17051
Baltimore, MD 21297

Humboldt Park Emergency Service
903 Commerce Drive Suite 160
Oak Brook, IL 60523-8830

Ic Systems Inc
Po Box 64378
St. Paul, MN 55164

Illinois Collection Se
Po Box 1010
Tinley Park, IL 60477

Illinois Collection Service
PO Box 1010
Tinley Park, IL 60477

Illinois Orthopaedic and Hand
800 Biesterfield
Elk Grove Village, IL 60007

Illinois Tollway
PO Box 5201
Lisle, IL 60532

InStyle
PO Box 60001
Tampa, FL 33660


Joseph G. Leija, M.D.
675 W. North Ave
Melrose Park, IL 60160


Julie A. Moore, M.D.
675 W. North Ave
Melrose Park, IL 60160


Julie A. Moore, M.D. SC
675 W. North Ave. Suite 506
Melrose Park, IL 60160


K.B. Giri MD
8319 W. North Ave.
Melrose Park, IL 60160


KCA Financial Services, Inc
628 North Street
PO Box 53
Geneva, IL 60134


Kundan B Giri MD
8319 W North Ave
Melrose Park, IL 60160


Lake Forest ER
75 Remittance Dr
Suite 1951
Chicago, IL 60675


Lake Forest Hospital
660 N. Westmoreland Rd
Lake Forest, IL 60045


Law Offices of Joel Cardis LLC
2006 Swede Rd
Suite 100
Norristown, PA 19401

Lighthouse Fin Grp
c/o Darren L Besic
5 E. Wilson St.
Batavia, IL 60510


Linebarger Goggan Blair & Sampson
P.O. Box 06140
Chicago, IL 60606-0140


Lou Harris Comapny
613 Academy Dr.
Northbrook, IL 60062


Lou Harris Company
1040 S Milwaukee Ave Suite 110
Wheeling, IL 60090


Loyola University Medical Center
PO Box 6559
Carol Stream, IL 60197


Loyola University Medical Center
PO Box 95994
Chicago, IL 60697


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Malcolm S. Gerald and Assoc.
332 S. Michigan Ave
Suite 600
Chicago, IL 60604


McKesson Corporation
19 Mollison Way
Lewiston, ME 04240-5805


Mcsi Inc
Po Box 327
Palos Heights, IL 60463


Medical Business Bureau
1175 Devin Dr. Ste 171
Muskegon, MI 49441

Medical Imaging Professionals SC
9410 Compubill Drive
Orland Park, IL 60462


Medical Recovery Services
2250 E. Devon, Ste. 352
Des Plaines, IL 60018


Merchants & Medical Credit Corp
6324 Taylor Drive
Flint, MI 48507


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606


Metro Center for Health
901 McClintock Dr
Suite 202
Willowbrook, IL 60527


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Midwest Clinical Imaging
2604 Momentum Place
Chicago, IL 60689


Midwest Clinical Imaging
PO Box 1248
Americus, GA 31709


Midwest Clinical Imaging
Dept 4418
Carol Stream, IL 60122


Midwest Neoped Associates Ltd
PO Box 2686
Carol Stream, IL 60132

Midwest Urology Associates
675 W North Ave
Suite 605
Melrose Park, IL 60160


Mimit, PC
Dept 4419
Carol Stream, IL 60122


Mimit, PC
PO Box 2368
Mount Vernon, IL 62864


Mira Med Revenue Group LLC
Po Box 536
Linden, MI 48451


MiraMed Revenue Group LLC
Dept 77304
Detroit, MI 48277


Monterey Financial Svc
Po Box 5199
Oceanside, CA 92052


Municipal Recovery Services Inc.
PO Box 1101
Huntley, IL 60142


Mutual Management Services
401 E. State Street
2nd Floor
Rockford, IL 61110


National Credit Adjusters
PO Box 3023
Hutchinson, KS 67504


Nationwide Credit & Co
815 Commerce Dr. Suite 100
Oak Brook, IL 60523


NCO Financial System
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems
PO Box 8148
Philadelphia, PA 19101


NCO Financial Systems, Inc.
605 W. Edison Rd., Ste. K
Mishawaka, IN 46545


NCO-TPA
PO Box 41846
Philadelphia, PA 19101


Nelson, Watson & Associates LLC
80 Merrimack St
Lower Level
Haverhill, MA 01830


Nephrology Associates of N Illinois
P.O. Box 3369
Oak Park, IL 60303


NICL Laboratories
306 Era Drive
Northbrook, IL 60062


Nicor Gas
PO Box 310
Aurora, IL 60507


Nicor Gas
PO Box 0632
Aurora, IL 60507


NO IL Emerg & Occup Med Spec
33786 Treasury Center
Chicago, IL 60694


North Suburban Gastoenterology
950 N. Northwest Hwy
Park Ridge, IL 60068


North Suburban Gastroenterology
950 N. Northwest Hwy
Park Ridge, IL 60068

Northland Group
PO Box 390905
Edina, MN 55439


Northwest Collectors
3601 Algonquin Rd. Suite 232
Rolling Meadows, IL 60008


Northwest Metro Urology Assoc SC
Slot 302152
PO Box 66973
Chicago, IL 60666


Northwestern Lake Forest ER
75 Remittance Dr.
Chicago, IL 60675


Northwestern Lake Forest Hospital
660 N Westmoreland Rd
Lake Forest, IL 60045


Northwestern Memorial Hospital
ATTN: Billing Department
251 E. Huron
Chicago, IL 60611


Norwood Park F.P.D.
395 W. Lake St.
Elmhurst, IL 60126


Omnicare of Northern Illinois
2313 S Mount Prospect
Des Plaines, IL 60018


One Grand Smile Family Dental Care
8368 Grand Ave
River Grove, IL 60171


Oral Cancer Prevention Int'l, Inc.
382 Route 59
Monsey, NY 10952


Orthopedic Specialists, S. C.
PO Box 2005
Carol Stream, IL 60132

P J Amoroso MD
675 W North Ave
Melrose Park, IL 60160


Panton Eye Center
7740 W. North Ave.
Elmwood Park, IL 60707


PCC Community Wellness
2010 N. Harlem Ave
Elmwood Park, IL 60707-3119


PCC Community Wellness
2010 N. Harlem Ave
Elmwood Park, IL 60707


Photo Enforcement Program
PO box 5905
Carol Stream, IL 60197-5905


Physicians Immediate Care
PO Box 15473
Loves Park, IL 61111


Pinnacle Financial Gro
7825 Washington Ave S St
Minneapolis, MN 55439


Plaza Associates
PO Box 18008
Hauppauge, NY 11788-8808


Portfoli Recovery Associates, LLC
PO BOX 12914
Norfolk, VA 23541


Powers & Moon LLC
707 Lake Cook Road
Suite 309
Deerfield, IL 60015


Powers & Moon, LLC
707 Lake Cook Rd. Suite 102
Deerfield, IL 60015

PRA Recovery
1045 Route 109, Suite 105
Lindenhurst, NY 11757


Premier Credit Corporation
3501 Lake Eastbrook Blvd
Grand Rapids, MI 49546


Professional Account Management LLC
Collection Services Division
PO Box 391
Milwaukee, WI 53201


Quest Diagnostics
PO Box 809403
Chicago, IL 60680-9403


Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804


Rainbow Pediatrics
675 West North Avenue
Suite 203
Melrose Park, IL 60160


Raul Villasuso MD
675 W North Ave
Melrose Park, IL 60160


Raul Villasuso MD
675 W. North Ave
Melrose Park, IL 60160


Ravenswood Medical Professional
1945 W. Wilson
Chicago, IL 60640


Ravenswood Medical Professional Grp
1945 W Wilson
Chicago, IL 60640

Red Light Violation
Village of Melrose Park
39841 Treasury Center
Chicago, IL 60694-9700


Regulus Trugreen
PO Box 9001501
Louisville, KY 40290


RES Immediate Care Norridge
PO Box 6670
River Forest, IL 60305


Ressurection Ambulatory Care Servic
PO Box 6670
River Forest, IL 60305


Ressurection Health Care
1225 W. Lake ST.
Melrose Park, IL 60160


Ressurection Medical Center
POBox 220281
Chicago, IL 60622


Ressurection Medical Center
7435 W Talcott Ave
Chicago, IL 60631


Resurrection Healthcare
7435 W. Talcott
Chicago, IL 60622


Resurrection Medical Center
7435 W Talcott Ave
Chicago, IL 60631


Revenue Production Management
P.O. Box 830913
Birmingham, AL 35283


Riaz A. Baber, M.D., S.C.
PO Box 1446
Aurora, IL 60507-1446

RJM Pathology Consultants
34520 Eagle Way
Chicago, IL 60678


RLT Neurologic Assoc. Ltd.
PO Box 87916
Carol Stream, IL 60188


RM Anesthesia LLC
PO Box 631
Lake Forest, IL 60045


RMC Pathology Associates
520 E 22nd St
Lombard, IL 60148


Robert R. Mucci
Attorney at Law
PO BOX 207
Bloomingdale, IL 60108


SBC
PO Box 7951
Westbury, NY 11590


Schiller Park Medical Clinic
9651 W. Irving Park Rd
Schiller Park, IL 60176


Special Care Orthopedics
675 W. North Ave
Suite 607
Melrose Park, IL 60160


Special Care Orthopedics
675 W North Ave
Melrose Park, IL 60160


State Collection Servi
Attn: Bankruptcy
2509 S Stoughton Rd
Madison, WI 53716

Suburban Surgical Care Specialists
4885 Hoffman Blvd
Hoffman Estates, IL 60192


Superior Air Ground Amb Serv
PO Box 1407
Elmhurst, IL 60126


Swedish Covenant Hospital
5145 N California Ave
Chicago, IL 60625


T Mobile
P.O. Box 742596
Cincinnati, OH 45274


T-Mobile
PO Box 742596
Cincinnati, OH 45274


Taste of Home
PO Box 992
Greendale, WI 53129


Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154


TCF Bank
P.O. Box 1022
Wixom, MI 48393-1022


TCF National Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60521


The Assocciation for WHC
POBox 3597
Springfield, IL 62708


The Association For Women's Health
PO Box 20781
Springfield, IL 62708

The Association for Womens Health
PO Box 20781
Springfield, IL 62708-0781


The Good Cook
PO Box 6400
Camp Hill, PA 17012


Title Lenders, Inc.
3243 N. Harlem
Chicago, IL 60634


Transwold Systems
PO Box 15520
Wilmington, DE 19850


Transworld Systems
2235 Mercury Way
Suite 275
Santa Rosa, CA 95407-5413


Transworld Systems Inc
25 Northwest Point Blvd
#750
Elk Grove Village, IL 60007


True Logic
PO Box 4437
Englewood, CO 80155


UHS of Hartgrove Inc
5730 W. Roosevelt Rd
Chicago, IL 60644


United Credit Corporation
3201 N. Harlem Ave.
Chicago, IL 60634


URO Partners
3183 Paysphere Circle
Chicago, IL 60674-0311


Uropartners LLC
3183 Paysphere Cir
Chicago, IL 60674

```
Village of Elmwood Park
11 Conti Pkwy
Elmwood Park, IL 60707


Village of Harwood Heights



Vista Medical Center West
99 Greenwood Ave
Waukegan, IL 60087


Walter A Pedemonte M.D.
2010 N. Harlem Ave.
Elmwood Park, IL 60707


Walter A Pedemonte M.D.
2010 N. Harlem
Elmwood Park, IL 60707


Walter A Pedemonte MD
2010 N Harlem Ave
Elmwood Park, IL 60707


Westlake Hospital
PO Box 73545
Chicago, IL 60673
```